**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

POLYBRITE INTERNATIONAL, INC.
     v.
RICHARD BRENNER, PAUL CHRISTENSEN
and CHEE NGON WONG.

Case Number:

FILED: MARCH 28, 2008
08CV1797 RCC
JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, PolyBrite International, Inc.

| | |
|---|---|
| NAME (Type or print)<br> William G. Sullivan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  William G. Sullivan | |
| FIRM<br> Martin, Brown & Sullivan, Ltd. | |
| STREET ADDRESS<br> 321 South Plymouth Court, 10th Floor | |
| CITY/STATE/ZIP<br> Chicago, Illinois  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 02773538 | TELEPHONE  NUMBER<br> (312) 360-5000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐