**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| POLYBRITE INTERNATIONAL, INC.<br>     v.<br>RICHARD BRENNER, PAUL CHRISTENSEN and CHEE NGON WONG. | FILED: MARCH 28, 2008<br>08CV1797 RCC<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, PolyBrite International, Inc.

| NAME (Type or print) |
|---|
| Mason N. Floyd |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Mason N. Floyd |

| FIRM |
|---|
| Martin, Brown & Sullivan, Ltd. |

| STREET ADDRESS |
|---|
| 321 South Plymouth Court, 10th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06282874 | (312) 360-5000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐