FILED
MARCH 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1797

JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) NO. |
| RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual, | ) ) ) ) |
| Defendants. | ) |

## DECLARATION OF CARL SCIANNA

Pursuant to 28 U.S.C. §1746, Carl Scianna declares as follows:

1. I am Chief Executive Officer of PolyBrite International, Inc.

2. I have read the foregoing Verified Complaint for Injunctive and Other Relief and have knowledge of certain facts as alleged therein.

3. The facts contained in paragraphs 1, 16-18, 24, 34-35, 46, 56-58, 60-64 and 74 are true in substance and in fact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Naperville, Illinois, this 26 day of March, 2008.

_____
Carl Scianna