FILED
MARCH 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

POLYBRITE INTERNATIONAL, INC., )
an Illinois Corporation, )
)
)
Plaintiff, )
)
v. )
) NO. **08 C 1797**
RICHARD BRENNER, an individual, )
PAUL CHRISTENSEN, an individual, and )
CHEE NGON WONG, an individual, ) **JUDGE GETTLEMAN**
) **MAGISTRATE JUDGE NOLAN**
Defendants. )

### DECLARATION OF J. MIKE EDDY

Pursuant to 28 U.S.C. §1746, J. Mike Eddy declares as follows:

1. I am Executive Vice-President and Interim Chief Operating Officer of PolyBrite International, Inc.

2. I have read the foregoing Verified Complaint for Injunctive and Other Relief.

3. The facts contained in paragraphs 2-3, 7-9, 21, 23, 27-33, 47, 50-54 and 74 are true in substance and in fact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Naperville, Illinois, this ___ day of March, 2008.

_____
J. Mike Eddy