FILED
MARCH 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) NO.  08 C 1797 |
| RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual, | ) ) ) ) |
| Defendants. | ) ) |

JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

## DECLARATION OF NED OTHMAN

Pursuant to 28 U.S.C. §1746, Ned Othman declares as follows:

1. I am an attorney duly licensed to practice in the State of Illinois.

2. I am Executive Vice-President for Corporate Strategies of PolyBrite International, Inc.

3. I have read the foregoing Verified Complaint for Injunctive and Other Relief and have knowledge of certain facts as alleged therein.

4. The facts contained in paragraphs 4-6, 13-15, 19, 22, 25-26, 36-45, 48-49, 55, 65-66, 73 and 75-82 are true in substance and in fact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Naperville, Illinois, this 27th day of March, 2008.

_____
Ned Othman