FILED
MARCH 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual, <br><br> Defendants. | ) ) ) ) ) ) ) ) NO. ) ) ) ) ) ) |

08 C 1797

JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN

## DECLARATION OF PATRICK S. MULLINS

Pursuant to 28 U.S.C. §1746, Patrick S. Mullins declares as follows:

1. I am a resident of Little Rock, Arkansas.

2. I am an LED (light emitting diode) lighting consultant and designer.

3. I have read the foregoing Verified Complaint for Injunctive and Other Relief.

4. I have knowledge of the facts contained in paragraphs 66 through 72. The facts contained in those paragraphs are true in substance and in fact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Little Rock, Arkansas this __27th__ day of March, 2008.

_____
Patrick S. Mullins