FILED
MARCH 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual, <br><br> Defendants. | ) ) ) ) ) ) ) ) NO. ) ) ) ) ) ) |

**08 C 1797**

**JUDGE GETTLEMAN
MAGISTRATE JUDGE NOLAN**

### DECLARATION OF RAYMOND JANIK

Pursuant to 28 U.S.C. §1746, Raymond Janik declares as follows:

1. I am Vice-President, Engineering of PolyBrite International, Inc.

2. I have read the foregoing Verified Complaint for Injunctive and Other Relief and have knowledge of certain facts as alleged therein.

3. The facts contained in paragraphs 59-62 and 64 are true in substance and in fact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Naperville, Illinois, this  26  day of March, 2008.

_____
Raymond Janik