## United States District Court for the Northern District of Illinois

Case Number: 08cv1797     Assigned/Issued By: j. n.

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00     ☐ $39.00     ☐ $5.00
              ☐ IFP         ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__3__ Original and __3__ copies on __3-31-08__ as to __all defendants__
                                    (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05