Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge If Other than Assigned Judge | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1797 | **DATE** | 3/31/2008 |
| **CASE TITLE** | Polybrite International vs. Brenner, et al | | |

**DOCKET ENTRY TEXT**

Hearing held on emergency motion for a temporary restraining order and preliminary injunction. Motion for temporary restraining order is granted. Enter Order, which is effective through 4/4/2008 at 4:00 PM. Hearing on motion for preliminary injunction set for 4/4/2008 at 9:30 AM.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|