# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1797 | **DATE** | 4/4/2008 |
| **CASE TITLE** | Polybrite Intl. vs. Brenner, et al. | | |

**DOCKET ENTRY TEXT**

Argument heard on plaintiff's oral motion to extend temporary restraining order. Motion is granted for the reasons stated in open court. The temporary restraining order dated 3/31/08 is extended through 5:00 p.m. on 4/18/08, with certain modifications to paragraphs (a) and (b) on pages 3-4. Plaintiff is directed to prepare a draft order embodying the Court's ruling and to submit it to chambers by 1:30 p.m. on today's date. Joint oral motion for expedited discovery is granted; counsel are directed to meet and confer to work out the scope and timing of discovery. Case is set for a status hearing before Judge Gettleman on 4/15/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | or |
|---|---|---|