IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois corporation, ) ) ) | |
| Plaintiff, ) ) ) | No. 08 C 1797 |
| v. ) ) ) | Hon. William J. Hibbler (Emergency Judge) Hon Matthew Kennelly (Former Emergency Judge) |
| RICHARD BRENNER, ) PAUL CHRISTENSEN, ) and CHEE NGON WONG, ) Defendants. ) | Hon. Robert W. Gettleman, (Assigned Judge) Hon. Nan R. Nolan, Magistrate Judge |

**NOTICE OF EMERGENCY MOTION**

TO: William G. Sullivan, Mason N. Floyd, MARTIN, BROWN & SULLIVAN, 321 S. Plymouth Court, 10th Floor, Chicago, IL 60604.

PLEASE TAKE NOTICE that on Tuesday, April 8, 2008, at the time set by the Court, we will appear before the William J. Hibbler, SITTING AS EMERGENCY JUDGE, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present DEFENDANT RICHARD BRENNER'S EMERGENCY MOTION TO COMPEL DEPOSITIONS, a copy of which is hereby served upon you.

Respectfully submitted,

  s/ Constantine John Gekas
One of the attorneys for plaintiffs

GEKAS & ASSOCIATES, LTD.
Suite 1700
Eleven South LaSalle Street
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (Fax)

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2008, a copy of the foregoing upon the persons listed above, by the Court's EM/ECF electronic system, along with a copy of the document(s) referred to therein.

                                                s/ Constantine John Gekas