# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Matthew F. Kennelly (sitting as emergency judge in lieu of Judge Hibbler) |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1797 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Polybrite Int'l, Inc. vs. Brenner, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Paul Christensen is ordered to appear in Chicago for deposition on Friday, 4/11/08, at no later than 10:00 a.m. The Court understands that Mr. Christensen may have other commitments that make this difficult, but because the temporary restraining order will expire on 4/18/08, and a status hearing is set for 4/15/08 before Judge Gettleman, it would be unfair to the plaintiff to require it to wait until 4/14/08 to take Mr. Christensen's deposition. Defendant Richard Brenner's emergency motion to compel depositions is denied as moot [docket no. 20]. Counsel are directed to jointly call Judge Kennelly's chambers on 4/14/08 at 9:00 a.m. so the Court may confirm that this order has been complied with.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|