# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Matthew F. Kennelly |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1797 | **DATE** | 4/14/2008 |
| **CASE TITLE** | Polybrite Int'l vs. Brenner, et al. | | |

**DOCKET ENTRY TEXT**

Telephone conference held with attorneys for all parties. Counsel confirm that Mr. Christensen's deposition proceeded as ordered on 4/11/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|