IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual,<br><br>　　　　　　Defendants. | No. 08 C 1797<br><br>Hon. Robert W. Gettleman<br>Judge Presiding<br><br>Hon. Nan R. Nolan,<br>Magistrate Judge |

### NOTICE OF POSTING OF BOND

TO:　　See Attached Service List

PLEASE TAKE NOTICE that on April 10, 2008 a bond in the amount of $20,000.00 was posted in relation to the above-captioned matter. Said bond is evidenced herein by the attached Receipt.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　POLYBRITE INTERNATIONAL, INC.


　　　　　　　　　　By:　　/s/William G. Sullivan
　　　　　　　　　　　　　One of Its Attorneys


William G. Sullivan
Mason N. Floyd
MARTIN, BROWN & SULLIVAN, LTD.
321 South Plymouth Court, 10th Floor
Chicago, Illinois 60604
(312) 360-5000

**SERVICE LIST**

Constantine John Gekas, Esq.
Gekas & Associates, Ltd.
11 South LaSalle Street
Suite 1700
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (fax)
CJG@cjglaw.com


Mark J. Rose, Esq.
Law Offices of Mark J. Rose
200 West Adams Street
Suite 2850
Chicago, Illinois 60606
(312) 704-1446
(312) 704-8233 (fax)
MJRoseEsq@aol.com


Sigi M. Offenbach, Esq.
Pitler & Mandell
39 South LaSalle Street
Suite 1220
Chicago, Illinois 60603
(312) 782-9466
(312) 782-3493 (fax)
sigi@pitlerandmandell.com


Philip L. Mandell, Esq.
Pitler & Mandell
39 South LaSalle Street
Suite 1220
Chicago, Illinois 60603
(312) 782-9466
(312) 782-3493 (fax)
phil@pitlerandmandell.com

```
Court Name: Northern District of Illinois
Division: 1
Receipt Number: 4624000678
Cashier ID: nfinley
Transaction Date: 04/10/2008
Payer Name: POLYBRITE INTERNATIONAL INC.
----------------------------------------
COMMERCIAL REGISTRY OTHER
 For: POLYBRITE INTERNATIONAL INC.
 Case/Party: D-ILN-1-08-CV-001797-000
 Amount:       $20,000.00
----------------------------------------
CHECK
 Check/Money Order Num: 8271
 Amt Tendered:  $20,000.00
----------------------------------------
Total Due:      $20,000.00
Total Tendered: $20,000.00
Change Amt:     $0.00

P/O JUDGE KENNELLY 4/4/8  TEMPORARY
RESTRAINING ORDER  08C1797 POSTED
BY PLAINTIFF


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check
```

## CERTIFICATE OF SERVICE

The undersigned, under penalties of perjury, hereby certifies that she served copies of the foregoing Notice of Posting of Bond upon those individuals on the attached Service List via CM/ECF electronic filing this 15th day of April, 2008.

/s/Mary W. Menas