IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

POLYBRITE INTERNATIONAL, INC.,    )
an Illinois Corporation,    )
     )    No. 08 C 1797
             Plaintiff,    )
     )    Hon. Robert W. Gettleman,
    v.    )    Judge Presiding
     )
RICHARD BRENNER, an individual,    )    Hon. Nan R. Nolan,
PAUL CHRISTENSEN, an individual, and    )    Magistrate Judge
CHEE NGON WONG, an individual,    )
     )
        Defendants.    )

## NOTICE OF FILING

TO:    See Attached Service List

       PLEASE TAKE NOTICE that on the 15th day of April, 2008 I caused to be electronically filed Plaintiff's Motion for Entry of a Temporary Restraining Order and Preliminary Injunction and Plaintiff's Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction, previously filed in chambers of Honorable Matthew F. Kennelly on March 28, 2008, which Motion was heard on March 31, 2008.

                  Respectfully submitted,

                  POLYBRITE INTERNATIONAL, INC.

             By:      /s/William G. Sullivan
                   One of Its Attorneys

William G. Sullivan
Mason N. Floyd
MARTIN, BROWN & SULLIVAN, LTD.
321 South Plymouth Court, 10th Floor
Chicago, Illinois 60604
(312) 360-5000

**SERVICE LIST**

Constantine John Gekas, Esq.
Gekas & Associates, Ltd.
11 South LaSalle Street
Suite 1700
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (fax)
CJG@cjglaw.com


Mark J. Rose, Esq.
Law Offices of Mark J. Rose
200 West Adams Street
Suite 2850
Chicago, Illinois 60606
(312) 704-1446
(312) 704-8233 (fax)
MJRoseEsq@aol.com


Sigi M. Offenbach, Esq.
Pitler & Mandell
39 South LaSalle Street
Suite 1220
Chicago, Illinois 60603
(312) 782-9466
(312) 782-3493 (fax)
sigi@pitlerandmandell.com


Philip L. Mandell, Esq.
Pitler & Mandell
39 South LaSalle Street
Suite 1220
Chicago, Illinois 60603
(312) 782-9466
(312) 782-3493 (fax)
phil@pitlerandmandell.com

## CERTIFICATE OF SERVICE

The undersigned, under penalties of perjury, hereby certifies that she served copies of the foregoing Notice of Filing, Plaintiff's Motion for Entry of a Temporary Restraining Order and Preliminary Injunction and Plaintiff's Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction upon those individuals on the attached Service List via CM/ECF electronic filing this 15th day of April, 2008.

/s/Mary W. Menas