Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1797 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Polybrite International    vs    Richard Brenner, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [26] for preliminary injunction is granted.   Preliminary injunction order entered.

[For further detail see separate order]
[Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|