# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08  C  1797 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Polybrite International, Inc.     vs     Richard Brenner, et al | | |

**DOCKET ENTRY TEXT:**

The clerk of this Court is directed to remove from its electronic filing system: Page 12 of 91, of document 1-2 and page 13 of 91, of document 1-2.   Plaintiff is given leave to file substitute copies of exhibits from which social security numbers have been redacted.

[For further detail see separate order]
[Docketing to mail  notice]

00:00