

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, ) ) ) | |
| Plaintiff, ) ) | No. 08 C 1797 |
| v. ) ) ) | Hon. Robert W. Gettleman, Judge Presiding |
| RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual, ) ) ) ) | Hon. Nan R. Nolan, Magistrate Judge |
| Defendants. ) | |

**ORDER TO CLERK OF THE UNITED STATES DISTRICT COURT
TO REDACT CERTAIN EXHIBITS FROM CM/ECF**

The Clerk of the United States District Court for the Northern District of Illinois is directed to remove from its electronic filing system (CM/ECF) the following:

1. Page 12 of 91, of Document 1-2, originally filed March 28, 2008.

2. Page 13 of 91, of Document 1-2, originally filed March 28, 2008.

3. Plaintiff is hereby granted leave to file substitute copies of exhibits from which social security numbers have been redacted.

ENTER:

_____
United States District Judge

DATED: April 18, 2008

Martin, Brown & Sullivan
321 South Plymouth Court, 10th Floor
Chicago, Illinois 60604
(312) 360-5000