UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | NO.  08 C 1797 |
| | ) | Judge R. W. Gettleman |
| RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual, | ) ) ) ) ) | Mag. Judge N. R. Nolan |
| Defendants. | ) | |

**JURY DEMAND**

The undersigned hereby requests a jury in the above proceedings.


Paul Christensen

By:   /s/ Sigi M. Offenbach
         One of his Attorneys




Sigi M. Offenbach
Philip L. Mandell
Pitler and Mandell
39 South LaSalle Street
Suite 1220
Chicago, Illinois   60603
312/782-9466