UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Polybrite International, Inc.
       Plaintiff,

v.              Case No.: 1:08−cv−01797
              Honorable Robert W. Gettleman

Richard Brenner, et al.
       Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) Mailed notice.

Dated: May 15, 2008

                    /s/ Robert W. Gettleman

                    United States District Judge