IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 C 1797 |
| RICHARD BRENNER, PAUL CHRISTENSEN, and CHEE NGON WONG, | ) ) ) ) | Hon. Robert W. Gettleman, Presiding Judge Hon. Nan R. Nolan, Magistrate Judge |
| Defendants. | ) | |

## NOTICE OF FILING

To:  William G. Sullivan, Esq.  
Mason N. Floyd, Esq.  
MARTIN, BROWN & SULLIVAN  
321 S. Plymouth Court, 10th Floor  
Chicago, Illinois 60604  
312 360-5000  
312.360.5026 (facsimile)  
sullivan@mbslaw.com  
floyd@mbslaw.com  

Sigi M. Offenbach, Esq.  
Pitler & Mandell  
39 South LaSalle Street, Suite 1220  
Chicago, Illinois 60603  
312.782.9466  
312.782.3493 (facsimile)  
sigi@pitlerandmandell.com  

PLEASE TAKE NOTICE that on the 16th day of June, 2008, the undersigned caused to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the *Certificate of Service* evidencing the June 16, 2008 service of the following documents upon the above-indicated parties by facsimile transmission and by First-Class U.S. mail:

1. *Answers and Objections of Defendant Richard Brenner to Plaintiff's First Set of Interrogatories*; and
2. *Responses of Defendant Richard Brenner to Plaintiff's First Request for Production of Documents*.

_____  
MARK J. ROSE

Mark J. Rose, Esq.  
LAW OFFICES OF MARK J. ROSE  
200 W. Adams Street, Suite 2850  
Chicago, Illinois 60606  
312.704.1446  
312.704.8233 (fax)  
MJRoseEsq@aol.com  

Constantine John Gekas, Esq.  
GEKAS & ASSOCIATES, LTD.  
11 S. LaSalle St., Suite 1700  
Chicago, Illinois 60603  
312.726.4501  
312.726.4505 (fax)  
CJG@cjglaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the *Answers and Objections of Defendant Richard Brenner to Plaintiff's First Set of Interrogatories* was served upon the following parties on the 16th day of June, 2008, by facsimile transmission and by First-Class U.S. mail, proper postage prepaid, before 5:00 p.m.:

Counsel for plaintiff Polybrite International, Inc.

> William G. Sullivan, Esq.
> Mason N. Floyd, Esq.
> MARTIN, BROWN & SULLIVAN
> 321 S. Plymouth Court, 10th Floor
> Chicago, Illinois 60604
> 312 360.5000
> 312.360.5026 (facsimile)
> sullivan@mbslaw.com
> floyd@mbslaw.com

Counsel for defendant Paul Christensen

> Sigi M. Offenbach, Esq.
> Pitler & Mandell
> 39 South LaSalle Street, Suite 1220
> Chicago, Illinois 60603
> 312.782.9466
> 312.782.3493 (facsimile)
> sigi@pitlerandmandell.com

_____
MARK J. ROSE

| | |
|---|---|
| Mark J. Rose, Esq. | Constantine John Gekas, Esq. |
| LAW OFFICES OF MARK J. ROSE | GEKAS & ASSOCIATES, LTD. |
| 200 W. Adams Street, Suite 2850 | 11 S. LaSalle St., Suite 1700 |
| Chicago, Illinois 60606 | Chicago, Illinois 60603 |
| 312.704.1446 | 312.726.4501 |
| 312.704.8233 (facsimile) | 312.726.4505 (facsimile) |
| MJRoseEsq@aol.com | CJG@cjglaw.com |

## CERTIFICATE OF SERVICE

The undersigned certifies that the *Responses of Defendant Richard Brenner to Plaintiff's First Request for Production of Documents* was served upon the following parties on the 16th day of June, 2008, by facsimile transmission and by First-Class U.S. mail, proper postage prepaid, before 5:00 p.m.:

Counsel for plaintiff Polybrite International, Inc.

> William G. Sullivan, Esq.
> Mason N. Floyd, Esq.
> MARTIN, BROWN & SULLIVAN
> 321 S. Plymouth Court, 10th Floor
> Chicago, Illinois 60604
> 312 360.5000
> 312.360.5026 (facsimile)
> sullivan@mbslaw.com
> floyd@mbslaw.com

Counsel for defendant Paul Christensen

> Sigi M. Offenbach, Esq.
> Pitler & Mandell
> 39 South LaSalle Street, Suite 1220
> Chicago, Illinois 60603
> 312.782.9466
> 312.782.3493 (facsimile)
> sigi@pitlerandmandell.com

_____
MARK J. ROSE

Mark J. Rose, Esq.
LAW OFFICES OF MARK J. ROSE
200 W. Adams Street, Suite 2850
Chicago, Illinois 60606
312.704.1446
312.704.8233 (facsimile)
MJRoseEsq@aol.com

Constantine John Gekas, Esq.
GEKAS & ASSOCIATES, LTD.
11 S. LaSalle St., Suite 1700
Chicago, Illinois 60603
312.726.4501
312.726.4505 (facsimile)
CJG@cjglaw.com

```
*************** -COMM. JOURNAL-  ******************* DATE JUN-16-2008 ****** TIME 13:49 ***  P.01


        MODE = MEMORY TRANSMISSION         START=JUN-16 13:38    END=JUN-16 13:49

        FILE NO.= 103

        NO.   COM   ABBR/NTWK   STATION NAME/      PAGES   PRG.NO.   PROGRAM NAME
                                TELEPHONE NO.

        001   OK      ⌂         3605026            019/019
        002   OK      ⌂         7823493            019/019

                                                   -MARK J. ROSE, ESQ.      -

***************************** -          - ****  -                      - ********
```

LAW OFFICES OF

# MARK J. ROSE
200 WEST ADAMS STREET - SUITE 2850
CHICAGO, ILLINOIS 60606

---

TELEPHONE  (312) 704-1446
FACSIMILE  (312) 704-8233
E-mail: MJRoseEsq@aol.com

## FACSIMILE TRANSMISSION

**DATE:**  June 16, 2008

**TO:**  William G. Sullivan, Esq.
Mason N. Floyd, Esq.        312.360.5026

Sigi M. Offenbach, Esq.     312.782.3493

**FROM:**  Mark J. Rose, Esq.

**SUBJECT:**  *PolyBrite International, Ltd. v. Brenner, et al.*, No. 08 C 1797
United States District Court for the Northern District of Illinois

Transmitting one cover sheet plus ___18___ additional page(s).

**Additional Comments:**

Attached please find the following:

1. *Answers and Objections of Defendant Richard Brenner to Plaintiff's First Set of Interrogatories*; and

2. *Responses of Defendant Richard Brenner to Plaintiff's First Request for Production of Documents.*

Photocopies also have been sent by First-Class U.S. mail.