IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08 C 1797 |
| RICHARD BRENNER, PAUL CHRISTENSEN, and CHEE NGON WONG, | ) ) ) ) | Hon. Robert W. Gettleman, Presiding Judge Hon. Nan R. Nolan, Magistrate Judge |
| Defendants. | ) | |

### NOTICE OF FILING

To: William G. Sullivan, Esq.
Mason N. Floyd, Esq.
MARTIN, BROWN & SULLIVAN
321 S. Plymouth Court, 10th Floor
Chicago, Illinois 60604
312 360-5000
312.360.5026 (facsimile)
sullivan@mbslaw.com
floyd@mbslaw.com

Sigi M. Offenbach, Esq.
Pitler & Mandell
39 South LaSalle Street, Suite 1220
Chicago, Illinois 60603
312.782.9466
312.782.3493 (facsimile)
sigi@pitlerandmandell.com

PLEASE TAKE NOTICE that on the 16th day of June, 2008, the undersigned caused to be electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the *Certificate of Service* evidencing the June 6, 2008 service of *Defendant Richard Brenner's Initial Disclosures Pursuant to Rule 26(a)(1)* upon the above-indicated parties by facsimile transmission and by First-Class U.S. mail.

/s/ Mark J. Rose
MARK J. ROSE

Mark J. Rose, Esq.
LAW OFFICES OF MARK J. ROSE
200 W. Adams Street, Suite 2850
Chicago, Illinois 60606
312.704.1446
312.704.8233 (fax)
MJRoseEsq@aol.com

Constantine John Gekas, Esq.
GEKAS & ASSOCIATES, LTD.
11 S. LaSalle St., Suite 1700
Chicago, Illinois 60603
312.726.4501
312.726.4505 (fax)
CJG@cjglaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that *Defendant Richard Brenner's Initial Disclosures Pursuant to Rule 26(a)(1)* was served upon the following parties on the 6th day of June, 2008, by facsimile transmission and by First-Class U.S. mail, proper postage prepaid, before 5:00 p.m.:

Counsel for Plaintiff PolyBrite International, Inc.

    William G. Sullivan, Esq.
    Mason N. Floyd, Esq.
    MARTIN, BROWN & SULLIVAN
    321 S. Plymouth Court, 10th Floor
    Chicago, Illinois 60604
    Tel: 312.360.5000
    Fax: 312.360.5026
    sullivan@mbslaw.com
    floyd@mbslaw.com

Counsel for Defendant Paul Christensen

    Sigi M. Offenbach, Esq.
    PITLER & MANDELL
    39 South LaSalle Street
    Suite 1220
    Chicago, Illinois 60603
    Tel: 312.782.9466
    Fax: 312.782.3493
    sigi@pitlerandmandell.com

    _____
    Mark J. Rose, Esq.

| | |
|---|---|
| Mark J. Rose, Esq. | Constantine John Gekas, Esq. |
| LAW OFFICES OF MARK J. ROSE | GEKAS & ASSOCIATES, LTD. |
| 200 W. Adams Street, Suite 2850 | 11 S. LaSalle Street, Suite 1700 |
| Chicago, Illinois 60606 | Chicago, Illinois 60603 |
| Tel: 312.704.1446 | Tel: 312.726.4501 |
| Fax: 312.704.8233 | Fax: 312.726.4505 |
| MJRoseEsq@aol.com | CJG@cjglaw.com |

8

```
************ -COMM. JOURNAL-  ************   DATE JUN-06-2008 ****** TIME 16:50 *** P.01


      MODE = MEMORY TRANSMISSION            START=JUN-06 16:46    END=JUN-06 16:50

      FILE NO.= 080
      NO.   COM   ABBR/NTWK  STATION NAME/      PAGES   PRG.NO.   PROGRAM NAME
                             TELEPHONE NO.

      001   OK    @          3605026            009/009
      002   OK    @          7823493            009/009

                                                       -MARK J. ROSE, ESQ.

*********************************** -        - ***** -              - *********
```

LAW OFFICES OF

# MARK J. ROSE
200 WEST ADAMS STREET - SUITE 2850
CHICAGO, ILLINOIS 60606

---

TELEPHONE (312) 704-1446
FACSIMILE (312) 704-8233
E-mail: MJRoseEsq@aol.com

## FACSIMILE TRANSMISSION

**DATE:** June 6, 2008

**TO:** William G. Sullivan, Esq.
Mason N. Floyd, Esq.    312.360.5026

Sigi M. Offenbach, Esq.    312.782.3493

**FROM:** Mark J. Rose, Esq.

**SUBJECT:** *PolyBrite International, Ltd. v. Brenner, et al.*, No. 08 C 1797
United States District Court for the Northern District of Illinois

Transmitting one cover sheet plus ____8____ additional page(s).

**Additional Comments:**

Defendant Richard Brenner's Initial Disclosures Pursuant to Rule 26(a)(1)