AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

POLYBRITE INTERNATIONAL, INC.,
an Illinois Corporation,

CASE NUMBER: 08 C 1797

V.

ASSIGNED JUDGE: Hon. Robert W. Gettleman

RICHARD BRENNER, PAUL CHRISTENSEN
and CHEE NGON WONG.

DESIGNATED
MAGISTRATE JUDGE: Hon. Nan R. Nolan

TO: (Name and address of Defendant)

CN Wong
1/F, 68 J, Ma Liu Shui San Tseun
Fanling, N T Hong Kong
China

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William G. Sullivan
Mason N. Floyd
Martin, Brown & Sullivan, Ltd.
321 S. Plymouth Ct., 10th Floor
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

MAR 3 1 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: 3rd June 2008 |
| NAME OF SERVER (PRINT): CHAN TAT TUNG | TITLE: OPERATIVE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Wellstar Electronics/CDW Lighting Technologies Ltd., Flat A2, 10/F., Block A, Texaco Road Industrial Centre, 256 Texaco Road, Tsuen Wan, Hong Kong.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12th June 2008

Signature of Server: *[signature]*

Room 1010, Pak Po Lee Commercial Centre, 1A-1K Sai Yeung Choi Street, Kowloon.

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

The undersigned, under penalties of perjury, hereby certifies that he/she caused copies of the Verified Complaint for Injunctive and Other Relief, Summons, Notice of Motion, Plaintiff PolyBrite International, Inc.'s Motion for Entry of a Temporary Restraining Order and Preliminary Injunction, Plaintiff's Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction, and Temporary Restraining Order entered on March 31, 2008 to be served upon:

>Chee Ngon Wong
>Wellstar Electronics/CDW Lighting Technologies Ltd.
>Flat A2
>10/F
>Block A
>Texaco Road Industrial Centre
>256 Texaco Road
>Tsuen Wan, Hong Kong

via personal service on Defendant Chee Ngon Wong.

_____
Date    12th June 2008

## CERTIFICATE OF SERVICE

The undersigned, under penalties of perjury, hereby certifies that she caused copies of the foregoing Return of Service on Chee Ngon Wong to be served upon those individuals on the attached Service List via CM/ECF electronic filing this 18th day of June, 2008.

/s/Mary W. Menas

**SERVICE LIST**

Constantine John Gekas, Esq.
Gekas & Associates, Ltd.
11 South LaSalle Street
Suite 1700
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (fax)
CJG@cjglaw.com


Mark J. Rose, Esq.
Law Offices of Mark J. Rose
200 West Adams Street
Suite 2850
Chicago, Illinois 60606
(312) 704-1446
(312) 704-8233 (fax)
MJRoseEsq@aol.com


Sigi M. Offenbach, Esq.
Pitler & Mandell
39 South LaSalle Street
Suite 1220
Chicago, Illinois 60603
(312) 782-9466
(312) 782-3493 (fax)
sigi@pitlerandmandell.com