## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 C 1797 |
| RICHARD BRENNER, PAUL CHRISTENSEN, and CHEE NGON WONG, | ) ) ) ) | Hon. Robert W. Gettleman |
| Defendants. | ) | |

### NOTICE OF AMENDED MOTION

TO:   William G. Sullivan, Mason N. Floyd, MARTIN, BROWN & SULLIVAN, 321 S. Plymouth Court, 10th Floor, Chicago, IL 60604; sullivan@mbslaw.com; floyd@mbslaw.com - Counsel for plaintiff Polybrite International, Inc. (Via ECF)

Sigi M. Offenbach, Philip L. Mandell, PITLER & MANDELL, 39 S. LaSalle Street, Suite 1220, Chicago, IL 60603; sigi@pitlerandmandell.com - Counsel for defendant Paul Christensen (Via ECF)

Amy Stewart, THE ROSE LAW FIRM, P.A., 120 East Fourth Street, Little Rock, AR 72201 astewart@roselawfirm.com - Counsel for putative third-party defendants (Via email)

PLEASE TAKE NOTICE that on Tuesday, July 8, 2008, at 9:15 a.m., or as soon thereafter as I may be heard, I will appear before the Hon. Robert W. Gettleman in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached AMENDED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT, a copy of which is hereby served upon you.

                                                              Respectfully submitted,

                                                              s/ Constantine John Gekas
                                                              One of the attorneys for defendant Richard Brenner

| | |
|---|---|
| Mark J. Rose | Constantine John Gekas |
| LAW OFFICES OF MARK J. ROSE, ESQ. | GEKAS & ASSOCIATES, LTD. |
| 200 W. Adams St., Suite 2850 | Eleven South LaSalle Street, Suite 1700 |
| Chicago, Illinois 60606 | Chicago, Illinois 60603 |
| (312) 704-1446 | (312) 726-4501 |
| (312) 704-8233 (Fax) | (312) 726-4505 (Fax) |
| MJRoseEsq@aol.com | CJG@cjglaw.com |

**CERTIFICATE OF SERVICE**

I certify that on July 3, 2008, a copy of the foregoing and the document(s) referred to therein were served by email upon the persons listed above.

    s/ Constantine John Gekas