TPC - Jury Demand.wpd

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., | ) |
| Plaintiffs, | ) |
| v. | ) No. 08 C 1797 |
| RICHARD BRENNER, | ) Hon. Robert W. Gettleman |
| PAUL CHRISTENSEN, and | ) |
| CHEE NGON WONG, | ) |
| Defendants. | ) |
| ------------------------------------------------------------ | ) |
| RICHARD BRENNER, | ) |
| Third Party Plaintiff, | ) |
| v. | ) |
| COMMERCIAL ELECTRIC, LLC, an Arkansas limited liability company; | ) |
| SOLID STATE SOLUTIONS, LLC, an Arkansas limited liability company; | ) |
| PHIL K. GAMACHE; BOB VAN AUKEN; and WILLIAM YOUNG, | ) |
| Third Party Defendants. | ) |

## JURY DEMAND

Defendant/Third-Party Plaintiff hereby demands a jury trial on all issues triable to a jury raised by his Third-Party Complaint.

Respectfully submitted,

  s/ Constantine John Gekas
One of the attorneys for defendant/third-party
plaintiff Richard Brenner

Constantine John Gekas
GEKAS & ASSOCIATES, LTD.
Eleven South LaSalle Street, Suite 1700
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (Fax)

Mark J. Rose
LAW OFFICES OF MARK J. ROSE, ESQ.
200 W. Adams St., Suite 2850
Chicago, Illinois 60606
(312) 704-1446
(312) 704-8233 (Fax)

## CERTIFICATE OF SERVICE

I certify that on July 14, 2008, a copy of the foregoing and the document(s) referred to therein were served by email upon the following counsel of record:

William G. Sullivan
Mason N. Floyd
MARTIN, BROWN & SULLIVAN
321 S. Plymouth Court, 10th Floor
Chicago, IL 60604
sullivan@mbslaw.com
floyd@mbslaw.com

Counsel for plaintiff Polybrite International, Inc.

Sigi M. Offenbach
Pitler & Mandell
39 South LaSalle Street
Suite 1220
Chicago, IL 60603
(312) 782-9466
sigi@pitlerandmandell.com

Counsel for defendant Paul Christensen


Amy Stewart
THE ROSE LAW FIRM, P.A.
120 East Fourth Street
Little Rock, AR 72201
astewart@roselawfirm.com

Counsel for third-party defendants


                                                s/ Constantine John Gekas