## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1797 | **DATE** | 7/8/2008 |
| **CASE TITLE** | Polybrite International　vs　Richard Brenner, et al | | |

**DOCKET ENTRY TEXT:**

Richard Brenner's amended motion [54] for leave to file a third-party complaint is granted.
This Court notes that it received a letter indicating objections.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|