# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:   08 C 1797

POLYBRITE INTERNATIONAL V. RICHARD BRENNER, ET AL.   HON. ROBERT W. GETTLEMAN

RICHARD BRENNER V. COMMERCIAL ELECTRIC, LLC, ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**COMMERCIAL ELECTRIC, LLC, an Arkansas Limited Liability Company, SOLID STATE SOLUTIONS, LLC, an Arkansas Limited Liability Company, PHIL K. GAMACHE; BOB VAN AUKEN and WILLIAM YOUNG**

| | |
|---|---|
| NAME (Type or print)  **Thomas F. Falkenberg** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)          s/Thomas F. Falkenberg | |
| FIRM  **Williams Montgomery & John Ltd.** | |
| STREET ADDRESS  **20 North Wacker Drive, Suite 2100** | |
| CITY/STATE/ZIP  **Chicago, IL 60606** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  **6205289** | TELEPHONE NUMBER  **312-443-3240** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    **N** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")    **Y** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  **Y** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  **N** | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL                            APPOINTED COUNSEL | |