/dmw/Document #: 781361

IN THE UNITED STATES CIRCUIT COURT FOR
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.:  08 C 1797 |
| | ) | |
| RICHARD BRENNER, PAUL CHRISTENSEN | ) | HON. ROBERT W. GETTLEMAN |
| And CHEE NGON WONG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ------------------------------------------------------ | ) | |
| | ) | |
| RICHARD BRENNER, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMERCIAL ELECTRIC, LLC, an | ) | |
| Arkansas limited liability company; | ) | |
| SOLID STATE SOLUTIONS, LLC, an | ) | |
| Arkansas limited liability company; | ) | |
| PHIL K. GAMACHE; BOB VAN AUKEN; | ) | |
| And WILLIAM YOUNG, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**NOTICE OF FILING**

To:     Service List


        PLEASE TAKE NOTICE that on July 25, 2008, we electronically filed with the Clerk of
the United States Federal District Court in the Dirksen Federal Building at 219 South Dearborn
Street, Chicago, Illinois:

**APPEARANCES FOR COMMERCIAL ELECTRIC, LLC, SOLID STATE SOLUTIONS, LLC, PHIL K. GAMACHE, BOB VAN AUKEN and WILLIAM YOUNG**

in connection with the above-entitled cause, a copy of which is served on all counsel of record.

WILLIAMS MONTGOMERY & JOHN LTD.


By:   */s/Thomas F. Falkenberg*
          THOMAS F. FALKENBERG


Thomas F. Falkenberg
Michael R. McCann
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Third-Party Defendants
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200


**AFFIDAVIT OF SERVICE BY MAIL**

I, Thomas F. Falkenberg, hereby certify that on July 25, 2008, I electronically filed Third-Party Defendants Appearances with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.


By:   */s/Thomas F. Falkenberg*
          THOMAS F. FALKENBERG

/dmw/Document #: 781362

Polybrite v. Brenner, et al.

Brenner v. Commercial Electric, et al.


**SERVICE LIST**

**Attorneys for Plaintiff:**

William G. Sullivan, Esq.
Mason N. Floyd, Esq.
Martin, Brown & Sullivan, Ltd.
321 South Plymouth Court, 10th Floor
Chicago, IL 60604
312-360-5000

**Attorneys for Paul Christensen:**

Philip L. Mandell, Esq.
Sigi M. Offenbach, Esq.
Pitler and Mandell
39 South LaSalle Street, Suite 1220
Chicago, IL 60603
312-782-9466

**Attorneys for Richard Brenner as defendant:**

Mark J. Rose, Esq.
Constantine John Gekas, Esq.
Law Offices of Mark J. Rose
200 West Adams Street, Sutie 2850
Chicago, IL 60606
312-704-1446