IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) No. 08 C 1797 ) ) Hon. Robert W. Gettleman, |
| v. | ) Judge Presiding ) |
| RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual, | ) Hon. Nan R. Nolan, ) Magistrate Judge ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on the 19th day of August, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Robert W. Gettleman in Room 1703 of the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois 60604 and present the Verified Motion for Entry of Order of Default Against Defendant Chee Ngon Wong, copies of which are herewith served upon you.

Respectfully submitted,

POLYBRITE INTERNATIONAL, INC.

By:_____/s/William G. Sullivan_____
One of Its Attorneys

William G. Sullivan
Mason N. Floyd
MARTIN, BROWN & SULLIVAN, LTD.
321 South Plymouth Court, 10th Floor
Chicago, Illinois 60604
(312) 360-5000

## SERVICE LIST

*PolyBrite International, Inc. v. Richard Brenner, et al.*
Case No. 08 C 1797

Constantine John Gekas, Esq.
Gekas & Associates, Ltd.
11 South LaSalle Street, Suite 1700
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (fax)
CJG@cjglaw.com

Attorneys for Richard Brenner

Philip L. Mandell, Esq.
Sigi M. Offenbach, Esq.
Pitler & Mandell
39 South LaSalle Street, Suite 1220
Chicago, Illinois 60603
(312) 782-9466
(312) 782-3493 (fax)
phil@pitlerandmandell.com
sigi@pitlerandmandell.com

Attorneys for Paul Christensen

Mark J. Rose, Esq.
Law Offices of Mark J. Rose
200 West Adams Street, Suite 2850
Chicago, Illinois 60606
(312) 704-1446
(312) 704-8233 (fax)
MJRoseEsq@aol.com

Attorneys for Richard Brenner

Thomas F. Falkenberg, Esq.
Michael R. McCann, Esq.
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3240/(312) 443-3851
(312) 630-8500 (fax)
tff@willmont.com
rmm@willmont.com

Attorneys for Commercial Electric, LLC, Solid State Solutions, LLC, Phil K. Gamache, Bob Van Auken and William Young

**CERTIFICATE OF SERVICE**

The undersigned, under penalties of perjury, hereby certifies that she served copies of the foregoing Notice of Motion and Verified Motion for Entry of Order of Default Against Defendant Chee Ngon Wong upon:

Chee Ngon Wong
Wellstar Electronics/CDW Lighting Technologies Ltd.
Flat A2, 10/F., Block A
Texaco Road Industrial Centre
256 Texaco Road
Tsuen Wan, Hong Kong

Chee Ngon Wong
1/F, 68J, Ma Liu Shui San Tsuen
Fanling, Hong Kong

by first class U.S. mail at the above addresses and email at cnwong@ieee.org

and upon all counsel of record on the attached Service List via CM/ECF electronic filing this 28th day of July, 2008.

/s/Mary W. Menas