27929.00BU00/#412

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1797 |
| v. | ) ) ) | Hon. Robert W. Gettleman, Judge Presiding |
| RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual, | ) ) ) ) | Hon. Nan R. Nolan, Magistrate Judge |
| Defendants. | ) ) ) | |

-----------------------------------------------------------

| | |
|---|---|
| RICHARD BRENNER, | ) ) |
| Third-Party Plaintiff | ) ) |
| v. | ) ) ) |
| COMMERCIAL ELECTRIC, an Arkansas limited liability company, SOLID STATE SOLUTIONS, an Arkansas limited liability company, PHIL K. GAMACHE; BOB VAN AUKEN; and WILLIAM YOUNG | ) ) ) ) ) ) ) |

**MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES,
OR IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME**

Third-Party Defendants, Commercial Electric, LLC, Solid State Solutions, LLC, Phil K. Gamache, Bob Van Auken, and William Young (collectively, "Defendants"), by and through their attorneys Rose Law Firm, a Professional Association, move pursuant to Local Rule 7.1 for leave to file a brief in excess of fifteen (15) pages. Alternatively, Defendants move for an

extension of time to file their Motion to Dismiss Third-Party Complaint. In support of this Motion, Defendants state as follows:

1. Third-Party Plaintiff Richard Brenner ("Brenner") filed his Third-Party Complaint on July 8, 2008, and he served all of the Defendant, with the exception of Gamache on July 9, 2008. Defendant Gamache was served on July 16, 2008.

2. Defendants' response to Brenner's Third-Party Complaint is due July 29, 2008, and Gamache's response is due August 5, 2008.

3. Defendants have prepared their Brief in Support of Motion to Dismiss Third-Party Complaint ("Brief"), which consists of twenty-seven pages.

4. The matters addressed in this action and in Defendants' Brief are complex, involving five separate defendants and issues related to both PolyBrite International's underlying complaint and Brenner's Third-Party Complaint. In order to adequately address the matters raised in Defendants' Motion to Dismiss Third-Party Complaint ("Motion"), Defendants were required to brief several issues, including but not limited to, personal jurisdiction, contribution, indemnification, fraud, conspiracy, and insufficient service of process. *See* Motion to Dismiss Third-Party Complaint, attached hereto as Exhibit A.

5. Defendants have made all reasonable efforts to shorten their Brief while still adequately addressing the necessary issues raised in their Motion, but they have been unable to reduce the length of the Brief to the maximum length of fifteen pages.

6. Alternatively, Defendants respectfully request a ten-day extension of time to file their Motion. With such an extension, Defendants' responsive pleading would be due August 8, 2008.

2

WHEREFORE, Defendants respectfully request that the Court enter an Order permitting them to file their Brief in Support of Motion to Dismiss Third-Party Complaint in excess of fifteen pages, or in the alternative, an Order granting their motion for extension of time to file.

Respectfully submitted,

Amy Lee Stewart (Ark. Bar No. 88167)
Joi Leonard (Ark. Bar No. 2007228)
ROSE LAW FIRM
a Professional Association
120 East Fourth St.
Little Rock, AR  72201
Telephone:  (501) 375-9131
Facsimile:   (501) 375-1309
astewart@roselawfirm.com
jleonard@roselawfirm.com

WILLIAMS, MONTGOMERY & JOHN
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3200
Facsimile:  (312) 630-8540
tff@willmont.com
rmm@willmont.com

_/s/_ Thomas Falkenberg_____
Thomas Falkenberg
Illinois Bar No.  6205289
R. Michael McCann
Illinois Bar No. 6275477

Counsel for:
Commercial Electric, LLC,
Solid State Solutions, LLC,
Phil K. Gamache,
Bob Van Auken, and
William Young

3

## CERTIFICATE OF SERVICE

      I, Thomas Falkenberg, hereby certify that on this 29th day of July, 2008, I caused the foregoing **Motion For Leave To File Brief In Excess Of 15 Pages, Or In The Alternative, Motion For Extension of Time** to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated below. Parties may access this filing through the Court's CM/ECF system.

**Constantine John Gekas**
GEKAS & ASSOCIATES, LTD.
11 S. La Salle St., Ste. 1700
Chicago, IL 60603
Telephone: (312) 726-4501
Facsimile: (312) 726-4505
cjg@cjglaw.com

**William G. Sullivan**
**Mason N. Floyd**
MARTIN, BROWN & SULLIVAN
321 S. Plymouth Court, 10th Floor
Chicago, IL 60604
sullivan@mbslaw.com
floyd@mbslaw.com

**Mark J. Rose**
LAW OFFICES OF MARK J. ROSE, ESQ.
200 W. Adams St., Ste. 2850
Chicago, IL 60606
Telephone: (312) 704-1446
Facsimile: (312) 704-8233
MJRoseEsq@aol.com

**Sigi M. Offenbach**
PITLER & MANDEL
39 S. LaSalle St., Ste. 1220
Chicago, IL 60603
Telephone: (312) 782-9466
sigi@pitlermandell.com

                              /s/ Thomas Falkenberg
                              Thomas Falkenberg

27929.00BU00/#412

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 1797 |
| v. | ) ) ) | Hon. Robert W. Gettleman, Judge Presiding |
| RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual, | ) ) ) ) | Hon. Nan R. Nolan, Magistrate Judge |
| Defendants. | ) ) | |

-----------------------------------------------------------

| | |
|---|---|
| RICHARD BRENNER, | ) ) |
| Third-Party Plaintiff | ) ) ) |
| v. | ) ) |
| COMMERCIAL ELECTRIC, an Arkansas limited liability company, SOLID STATE SOLUTIONS, an Arkansas limited liability company, PHIL K. GAMACHE; BOB VAN AUKEN; and WILLIAM YOUNG | ) ) ) ) ) ) ) |

**MOTION TO DISMISS THIRD-PARTY COMPLAINT**

Comes now Third-Party Defendants Commercial Electric, LLC ("Commercial Electric"), Solid State Solutions, LLC ("Solid State"), Phil K. Gamache ("Gamache"), Bob Van Auken ("Van Auken"), and William Young ("Young") (collectively, "Defendants"), by and through

1

their attorneys Rose Law Firm, a Professional Association, and for their Motion to Dismiss Third-Party Complaint, state as follows:

1. On March 28, 2008, Plaintiff PolyBrite International ("PolyBrite") filed a complaint against Defendants Richard Brenner, Paul Christensen, and Chee Ngon Wong, three former employees of PolyBrite, alleging breach of fiduciary duty and conspiracy to breach fiduciary duty by forming and operating a competing company and improperly using PolyBrite's confidential and proprietary information while in PolyBrite's employ, and fraud and conspiracy to commit fraud by failing to disclose, in breach of their fiduciary duty, that they were forming a competing company while they were in PolyBrite's employ. PolyBrite did not sue or assert any claims against Commercial Electric, Solid State, or any of their officers or employees.

2. Defendant/Third-Party Plaintiff Richard Brenner ("Brenner") filed his Third-Party Complaint against Third-Party Defendants Commercial Electric, Solid State, Gamache, Van Auken, and Young on July 8, 2008, asserting claims based on contribution against all the third-party defendants, and for quasi-contractual indemnification against Commercial Electric and Solid State.

3. Defendants Commercial Electric, Solid State, Van Auken, and Young were served with a summons and a copy of the Third-Party Complaint on July 9, 2008. Defendant Gamache was served with a summons and a copy of the Third-Party Complaint on July 16, 2008. Contrary to the statement on the Summons, none of the Defendants were served with a copy of PolyBrite's complaint.

4. The Third-Party Complaint should be dismissed against Defendants in accordance with Federal Rule of Civil Procedure 12(b)(2). This Court lacks personal jurisdiction over the Defendants because none of them have sufficient minimum contacts with Illinois to subject them

to this Court's jurisdiction. The Defendants' alleged contacts were not continuous and systematic such that they effectively became residents of Illinois, and Brenner's claims against them do not arise from or relate to the conduct that Brenner alleges serves as sufficient contact with Illinois. Further, the fiduciary shield doctrine protects the individual third-party defendants from being subjected to the jurisdiction of this Court because any contact they allegedly had with Illinois was made solely on behalf of their employer, Commercial Electric.

5. The Third-Party Complaint should be dismissed against Defendants in accordance with Federal Rule of Civil Procedure 12(b)(5). Brenner's attempted service of process was insufficient as to all Defendants because a copy of the original PolyBrite complaint was not served on Defendants at the time they were served with the summonses.

6. The Third-Party Complaint should be dismissed against Defendants in accordance with Federal Rule of Civil Procedure 12(b)(6). The Third-Party Complaint fails to state a claim for contribution because such a claim is not available for underlying claims of breach of fiduciary duty and the intentional torts of fraud and conspiracy, nor is it available when seeking injunctive relief. Furthermore, neither the Complaint nor the Third-Party Complaint alleges that these Defendants owed a duty to PolyBrite, which they did not. Absent such a duty by the Third-Party Defendants to PolyBrite, the claims for contribution fail. The Third-Party Complaint also fails to state a claim for quasi-contractual indemnification because PolyBrite asserted only intentional tort and non-tort claims against Brenner, and indemnification is not available for liability based on such claims.

7. The fraud and conspiracy claims of the Third-Party Complaint should be dismissed against Defendants in accordance with Federal Rule of Civil Procedure 9(b). The Third-Party Complaint fails to plead fraud with the level of particularity required by Rule 9(b).

3

The Third-Party Complaint also fails to allege any details of the alleged conspiracy, or the purpose of the conspiracy. The fraud and conspiracy claims are not described with sufficient detail to give the Defendants fair notice of the claims and the grounds upon which they rest, and the allegations do not raise above a speculative level the possibility that Brenner has a right to the relief he seeks.

8. The Third-Party Complaint should be dismissed against Defendants in accordance with Federal Rule of Civil Procedure 14(c)(2). The Third-Party Complaint fails to state a claim for defense because neither the Third-Party Complaint nor the original PolyBrite complaint sounds in admiralty.

9. Paragraphs 46-55 of the Third-Party Complaint should be stricken in accordance with Federal Rule of Civil Procedure 12(f). These paragraphs are irrelevant to Brenner's contribution and indemnification claims, and they are false as well as defamatory.

10. This Motion is supported by the accompanying Brief in Support and the following Exhibits:

    Exhibit A:  Affidavit of Bob Van Auken

    Exhibit B:  Affidavit of William Young

    Exhibit C:  Affidavit of Phil Gamache

WHEREFORE, Third-Party Defendants Commercial Electric, LLC, Solid State Solutions, LLC, Phil K. Gamache, Bob Van Auken, and William Young respectfully request that this Court dismiss Third-Party Plaintiff Richard Brenner's Third-Party Complaint with prejudice, award them attorneys fees, costs, and expenses, and award them any and all other just and proper relief to which they may be entitled.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>
Amy Lee Stewart (Ark. Bar No. 88167)<br>
Joi Leonard (Ark. Bar No. 2007228)<br>
ROSE LAW FIRM<br>
a Professional Association<br>
120 East Fourth St.<br>
Little Rock, AR  72201<br>
Telephone:  (501) 375-9131<br>
Facsimile:   (501) 375-1309<br>
astewart@roselawfirm.com<br>
jleonard@roselawfirm.com<br>
<br>
<br>
<br>
<br>
Counsel for:<br>
Commercial Electric, LLC,<br>
Solid State Solutions, LLC,<br>
Phil K. Gamache,<br>
Bob Van Auken, and<br>
William Young
</td><td>
WILLIAMS, MONTGOMERY & JOHN<br>
20 North Wacker Drive, Suite 2100<br>
Chicago, Illinois 60606-3094<br>
Telephone: (312) 443-3200<br>
Facsimile:  (312) 630-8540<br>
tff@willmont.com<br>
rmm@willmont.com<br>
<br>
<br>
  /s/  Thomas Falkenberg_____<br>
Thomas Falkenberg<br>
Illinois Bar No.  6205289<br>
R. Michael McCann<br>
Illinois Bar No. 6275477
</td></tr>
</table>

**CERTIFICATE OF SERVICE**

      I, Thomas Falkenberg, hereby certify that on this 29th day of July, 2008, I caused the foregoing **Motion To Dismiss Third-Party Complaint** to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated below. Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| **Constantine John Gekas**<br>GEKAS & ASSOCIATES, LTD.<br>11 S. La Salle St., Ste. 1700<br>Chicago, IL  60603<br>Telephone:  (312) 726-4501<br>Facsimile:   (312) 726-4505<br>cjg@cjglaw.com | **William G. Sullivan**<br>**Mason N. Floyd**<br>MARTIN, BROWN & SULLIVAN<br>321 S. Plymouth Court, 10th Floor<br>Chicago, IL  60604<br>sullivan@mbslaw.com<br>floyd@mbslaw.com |
| **Mark J. Rose**<br>LAW OFFICES OF MARK J. ROSE, ESQ.<br>200 W. Adams St., Ste. 2850<br>Chicago, IL  60606<br>Telephone:  (312) 704-1446<br>Facsimile:   (312) 704-8233<br>MJRoseEsq@aol.com | **Sigi M. Offenbach**<br>PITLER & MANDEL<br>39 S. LaSalle St., Ste. 1220<br>Chicago, IL  60603<br>Telephone:  (312) 782-9466<br>sigi@pitlermandell.com |

                                                             _/s/  Thomas Falkenberg_____
                                                              Thomas Falkenberg