27929.00BU00/#412

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **POLYBRITE INTERNATIONAL, INC.,** an Illinois Corporation, | ) ) ) | |
| **Plaintiff,** | ) ) | **No. 08 C 1797** |
| v. | ) ) ) | **Hon. Robert W. Gettleman, Judge Presiding** |
| **RICHARD BRENNER, an individual, PAUL CHRISTENSEN, an individual, and CHEE NGON WONG, an individual,** | ) ) ) ) | **Hon. Nan R. Nolan, Magistrate Judge** |
| **Defendants.** | ) ) ) | |

-------------------------------------------------------------

| | | |
|---|---|---|
| **RICHARD BRENNER,** | ) ) | |
| **Third Party Plaintiff** | ) ) | |
| v. | ) ) ) | |
| **COMMERCIAL ELECTRIC, an Arkansas limited liability company, SOLID STATE SOLUTIONS, an Arkansas limited liability company, PHIL K. GAMACHE; BOB VAN AUKEN; and WILLIAM YOUNG** | ) ) ) ) ) ) | |

**NOTICE OF MOTION**

To:    All Counsel of Record (See attached Service List)

PLEASE TAKE NOTICE that on **Tuesday, August 5, 2008, at 9:15 a.m.** or as soon

thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge

Robert W. Gettleman or before any judge sitting in his stead, in Courtroom 1703, in the Dirksen

Building, 219 South Dearborn, Chicago, Illinois, to present for hearing **Third Party**

**Defendants' Motion for Leave to File Brief in Excess of 15 Pages**, a copy of which is attached

and hereby served upon you.

Respectfully submitted,

Amy Lee Stewart (Ark. Bar No. 88167)
Joi Leonard (Ark. Bar No. 2007228)
ROSE LAW FIRM
a Professional Association
120 East Fourth St.
Little Rock, AR  72201
Telephone:  (501) 375-9131
Facsimile:   (501) 375-1309
astewart@roselawfirm.com
jleonard@roselawfirm.com

WILLIAMS, MONTGOMERY & JOHN
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3200
Facsimile:  (312) 630-8540
tff@willmont.com

_/s/_ Thomas Falkenberg_____
Thomas Falkenberg
Illinois Bar No.  6205289

Counsel for:
Commercial Electric, LLC,
Solid State Solutions, LLC,
Phil K. Gamache,
Bob Van Auken, and
William Young

186639-1                                     2

## CERTIFICATE OF SERVICE

I, Thomas Falkenberg, hereby certify that on this 29th day of July, 2008, I caused the foregoing **Notice of Motion** to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated below. Parties may access this filing through the Court's CM/ECF system.

**Constantine John Gekas**
GEKAS & ASSOCIATES, LTD.
11 S. La Salle St., Ste. 1700
Chicago, IL 60603
Telephone: (312) 726-4501
Facsimile: (312) 726-4505
cjg@cjglaw.com

**William G. Sullivan**
**Mason N. Floyd**
MARTIN, BROWN & SULLIVAN
321 S. Plymouth Court, 10th Floor
Chicago, IL 60604
sullivan@mbslaw.com
floyd@mbslaw.com

**Mark J. Rose**
LAW OFFICES OF MARK J. ROSE, ESQ.
200 W. Adams St., Ste. 2850
Chicago, IL 60606
Telephone: (312) 704-1446
Facsimile: (312) 704-8233
MJRoseEsq@aol.com

**Sigi M. Offenbach**
PITLER & MANDEL
39 S. LaSalle St., Ste. 1220
Chicago, IL 60603
Telephone: (312) 782-9466
sigi@pitlermandell.com

_/s/_ Thomas Falkenberg_____
Thomas Falkenberg

186639-1                                         3