IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 C 1797 |
| | ) | Judge R. Gettleman |
| RICHARD BRENNER, PAUL CHRISTENSEN | ) | Magistrate Judge Nolan |
| and CHEE NGON WONG, | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    See Attached Service List

PLEASE TAKE NOTICE that on the 6th day of August, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Magistrate Judge Nan R. Nolan in Room 1858 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached Motion for Order Compelling Discovery and for Supplemental Discovery, a copy of which is served upon you.

Paul Christensen

By: _/s/_____
    One of his attorneys

Sigi M. Offenbach, Philip L. Mandell
Pitler and Mandell
39 South LaSalle Street
Suite 1220
Chicago, Illinois  60603
(312) 782-9466

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he sent copies of the Notice of Motion and the referenced motion to the parties on the Service List via CM/ECF electronic filing this 31st day of July, 2008 and to the Rose Law Firm by first class mail.

_/s/_____
Sigi M. Offenbach

## Service List

### *PolyBrite International, Inv. v. Richard Brenner, et al.*
### Case No. 08 C 1797

Constantine John Gekas, Esq.
Gekas & Associates, Ltd.
11 South LaSalle Street, Suite 1700
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (fax)
CJG@cjglaw.com

Attorneys for Richard Brenner

Amy Lee Stewart, Esq.
Joi Leonard, Esq.
Rose Law Firm
120 East Fourth Street
Little Rock, Arkansas 72201
(501) 375-9131
(501) 375-1309 (fax)
astewart@roselawfirm.com
jleonard@roselawfirm.com

Attorneys for Commercial Electric,
LLC, Solid State Solutions, LLC, Phil
K. Gamache, Bob Van Auken, and
William Young

William G. Sullivan, Esq.
Mason N. Floyd, Esq.
Martin, Brown & Sullivan
321 S. Plymouth Court, 10th Floor
Chicago, Illinois 60604
(312) 360-5000
sullivan@mbslaw.com
floyd@mbslaw.com

Attorneys for PolyBrite
International, Inc.

Mark J. Rose, Esq.
Law Offices of Mark J. Rose
200 West Adams Street, Suite 2850
Chicago, Illinois 60606
(312) 704-1446
(312) 704-8233 (fax)
MJRoseEsq@aol.com

Attorneys for Richard Brenner

Thomas F. Falkenberg, Esq.
Michael R. McCann, Esq.
Williams, Montgomery & John, Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3240 / (312) 443-3851
(312) 630-8500 (fax)
tff@willmont.com
rmm@willmont.com

Attorneys for Commercial Electric,
LLC, Solid State Solutions, LLC, Phil
K. Gamache, Bob Van Auken, and
William Young