IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., ) <br> Plaintiff, ) <br> v. ) <br> RICHARD BRENNER, PAUL ) <br> CHRISTENSEN, and CHEE NGON ) <br> WONG, ) <br> Defendants. ) <br> RICHARD BRENNER, ) <br> Third-Party Plaintiff, ) <br> v. ) <br> COMMERCIAL ELECTRIC, LLC; ) <br> SOLID STATE SOLUTIONS, LLC; ) <br> PHIL K. GAMACHE; BOB VAN ) <br> AUKEN; and WILLIAM YOUNG, ) <br> Third-Party Defendants. ) | Case No. 08 C 1797 <br><br> Hon. Nan R. Nolan, Magistrate Judge <br> Hon. Robert W. Gettleman, Presiding Judge |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on August 6, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Magistrate Judge Nan R. Nolan in Room 1858 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and present the attached *Motion of Richard Brenner (1) to Join In Paul Christensen's Motion for Order Compelling Discovery and for Supplemental Discovery and (2) to Compel Compliance with Brenner's Document Production Request*, a copy of which is served upon you.

Respectfully submitted,

By: /s/ Mark J. Rose
One of the attorneys for Richard Brenner

Mark J. Rose, Esq.
LAW OFFICES OF MARK J. ROSE
200 W. Adams Street, Suite 2850
Chicago, Illinois 60606
Tel: 312.704.1446
Fax: 312.704.8233
MJRoseEsq@aol.com

Constantine John Gekas, Esq.
GEKAS & ASSOCIATES, LTD.
11 S. LaSalle Street, Suite 1700
Chicago, Illinois 60603
Tel: 312.726.4501
Fax: 312.726.4505
CJG@cjglaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the *Motion of Richard Brenner (1) to Join In Paul Christensen's Motion for Order Compelling Discovery and for Supplemental Discovery and (2) to Compel Compliance with Brenner's Document Production Request* was filed electronically with the Court on August 1, 2008. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated below. Parties may access this filing through the Court's CM/ECF system.

## SERVICE LIST

**Counsel for Plaintiff PolyBrite International, Inc.**

William G. Sullivan, Esq.
Mason N. Floyd, Esq.
MARTIN, BROWN & SULLIVAN
321 S. Plymouth Court, 10th Floor
Chicago, Illinois 60604
Tel: 312.360.5000
Fax: 312.360.5026
sullivan@mbslaw.com
floyd@mbslaw.com

**Counsel for Defendant Paul Christensen**

Sigi M. Offenbach, Esq.
PITLER & MANDELL
39 South LaSalle Street
Suite 1220
Chicago, Illinois 60603
Tel: 312.782.9466
Fax: 312.782.3493
sigi@pitlerandmandell.com

**Counsel for Third-Party Defendants Commercial Electric, LLC; Solid State Solutions, LLC; Phil K. Gamache; Bob Van Auken; and William Young**

Amy Lee Stewart, Esq.
Joi Leonard, Esq.
ROSE LAW FIRM
120 East Fourth St.
Little Rock, Arkansas 72201
Tel: 501.375.9131
Fax: 501.375.1309
astewart@roselawfirm.com
jleonard@roselawfirm.com

Thomas F. Falkenberg, Esq.
R. Michael McCann, Esq.
WILLIAMS, MONTGOMERY & JOHN
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Tel: 312.443.3200
Fax: 312.630.8540
tff@willmont.com
rmm@willmont.com

_____
Mark J. Rose, Esq.

Mark J. Rose, Esq.
LAW OFFICES OF MARK J. ROSE
200 W. Adams Street, Suite 2850
Chicago, Illinois 60606
Tel: 312.704.1446
Fax: 312.704.8233
MJRoseEsq@aol.com

Constantine John Gekas, Esq.
GEKAS & ASSOCIATES, LTD.
11 S. LaSalle Street, Suite 1700
Chicago, Illinois 60603
Tel: 312.726.4501
Fax: 312.726.4505
CJG@cjglaw.com