Disqual Mot - The Rose Law Firm.wpd

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., Plaintiffs, | ) | |
| v. | ) | No. 08 C 1797 |
| RICHARD BRENNER, PAUL CHRISTENSEN, and CHEE NGON WONG, Defendants. | ) | Hon. Robert W. Gettleman |
| RICHARD BRENNER, Third-Party Plaintiff, | ) | |
| v. | ) | |
| COMMERCIAL ELECTRIC, LLC, an Arkansas limited liability company; SOLID STATE SOLUTIONS, LLC, an Arkansas limited liability company; PHIL K. GAMACHE; BOB VAN AUKEN; and WILLIAM YOUNG, Third-Party Defendants. | ) | |

**OBJECTION BY DEFENDANT/THIRD PARTY PLAINTIFF RICHARD TO *PRO HAC VICE* APPEARANCE OF AMY STEWART AND JOI L. LEONARD AND MOTION TO DISQUALIFY**

Defendant/Third-Party Plaintiff Richard Brenner hereby objects to the Motions filed by Amy Stewart and Joi L. Leonard to appear in this action *pro hac vice* on behalf of the third-party defendants Commercial Electric, LLC, Solid State Solutions, LLC, Phil K. Gamache, Bob Van Auken and William Young.

Amy Stewart and Joi Leonard are lawyers associated with the Little Rock, Arkansas law firm

known as The Rose Law Firm.

At least Ms. Stewart and her firm have represented the third-party defendants since the inception of this lawsuit. Ms. Stewart was the attorney who filed a declaratory judgment action on behalf of Commercial Electric as plaintiff, against Polybrite International Inc., plaintiff herein, in the state court in Arkansas seeking to invalidate a Distributorship Agreement between Commercial Electric and Polybrite.

Soon after Mr. Brenner was fired by Polybrite, he became Vice President, Director of Operations, and a Consultant to Commercial Electric, LLC and Solid State Solutions, LLC. Copies of his engagement letters and the business cards supplied to him by third-party defendants are attached hereto as Exhibit 1.

On information and belief, Mr. Brenner states that Ms. Stewart was representing the interests of Third-Party defendants in connection with this action, which, as raised in the original Complaint and in the Third-Party Complaint, made substantial allegations of wrongdoing against Mr. Brenner and third-party defendants on account of Mr. Brenner's actions in furtherance of his engagement with Commercial Electric, LLC and Solid State Solutions, LLC.

Therefore, as the attorney for those entities, Ms. Stewart was also the attorney for Richard Brenner because of his capacity as Vice President of Solid State Solutions, Director of Operations and Consultant.

Furthermore, on or about April 18, 2008, Ms. Stewart was in Chicago and in attendance at the Preliminary Injunction Hearing held that day before the Court. Although she was present on account of another case before this Court in which she was counsel, she was also in attendance to represent the interests of the third-party defendants in this case.

After the PI Hearing in this case, Ms. Stewart met at length with undersigned counsel, his co-counsel Mark Rose (both counsel herein for Mr. Brenner), and Sigi Offenbach, counsel herein for co-defendant Paul Christensen. The meeting was held at the offices of Mark Rose. At the outset of the meeting Ms. Stewart agreed that the communications she would have with counsel herein would be covered by the common interest doctrine. *See United States v. Evans*, 113 F.3d 1457, 1467 (7th Cir. 1997).

During the meeting, counsel herein made extensive disclosures to Ms. Stewart regarding their confidential impressions, opinions, and legal strategies in this case. Ms. Stewart made no confidential disclosures of any kind regarding her third-party defendants, but offered advice as how defendants Brenner and Christensen should mount their defense.

Within a few days of that hearing and meeting, third-party defendants undertook to freeze Mr. Brenner out of his duties as Vice President, Director of Operations and Consultant at Commercial Electric, LLC and Solid State Solutions, LLC.

Then, in early June 2008, by means of a phone call from one of third-party defendants, Mr. Brenner was fired from those positions. On information and belief, Mr. Brenner states that Ms. Stewart was involved in the events leading up to his firing, at least insofar as she likely prepared the termination and severance agreement which he received the very next day after he was fired and which had obviously been prepared before he was fired. Ms. Stewart then took the lead in negotiating the terms of that Severance Agreement with Mr. Brenner's counsel, Mark Rose. She did so by telephone and by emails (copies of which Mr. Brenner can supply the Court).

In so acting, Ms. Stewart acted against the interests of a former Vice President, Director of Operations of, and Consultant to, third-party defendants in violation of the Rules of Professional

Conduct of this Court, including Rules 83.57.7-9.

Furthermore, in advising third-party defendants on Mr. Brenner's termination after learning of confidential information from counsel herein, Ms. Stewart acted against the interests of Mr. Brenner, a Vice President, Director of Operations of, and Consultant to, Commercial Electric, LLC and Solid State Solutions, LLC, in violation of the same rules and of Rule 83.51.6.

Ms. Stewart should therefore not be permitted to appear herein, since such appearance would violate the Conflict of Interest Prohibitions and Confidential Information Protections of the above-cited rules.

Because of Ms. Stewart's disqualifying conflicts, Ms. Leonard and The Rose Law Firm are disqualified from appearing by reason of Local Rule 83.51.10.

WHEREFORE, requesting the appropriate evidentiary hearing as may be required under these circumstances, defendant/third-party plaintiff Richard Brenner respectfully objects to the *pro hac vice* appearance of Amy Stewart, Joi Leonard, and any lawyer from the Rose Law Firm, and asks that their appearance not be permitted. Further, Mr. Brenner moves to disqualify them from appearing in this action.

Respectfully submitted,

s/ Constantine John Gekas
One of the attorneys for defendant/third-party plaintiff Richard Brenner

GEKAS & ASSOCIATES, LTD.
Eleven South LaSalle Street - Suite 1700
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (Fax)
CJG@cjglaw.com

Mark J. Rose
LAW OFFICES OF MARK J. ROSE, ESQ.
200 W. Adams St., Suite 2850
Chicago, Illinois 60606
(312) 704-1446
(312) 704-8233 (Fax)
MJRoseEsq@aol.com

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2008, a copy of the foregoing and the document(s) referred to therein were served by email upon the following counsel of record:

William G. Sullivan (Via ECF)
Mason N. Floyd
MARTIN, BROWN & SULLIVAN
321 S. Plymouth Court, 10th Floor
Chicago, IL 60604
sullivan@mbslaw.com
floyd@mbslaw.com

Counsel for plaintiff Polybrite International, Inc.

Sigi M. Offenbach (Via ECF)
Pitler & Mandell
39 South LaSalle Street
Suite 1220
Chicago, IL 60603
(312) 782-9466
sigi@pitlerandmandell.com

Counsel for defendant Paul Christensen

R. Michael McCann (Via ECF)
Thomas Falkenburg
WILLIAMS, MONTGOMERY & JOHN
20 N. Wacker Dr., Suite 2100
Chicago, IL 60606
rmm@willmont.com
tff@willmont.com

Amy Stewart (Via Email)
Joi Leonard
THE ROSE LAW FIRM, P.A.
120 East Fourth Street
Little Rock, AR 72201
astewart@roselawfirm.com
Putative counsel for third-party defendants

s/ Constantine John Gekas

**EXHIBIT 1**



COMMERCIAL
ELECTRIC

November 30, 2007

Mr. Richard J. Brenner
372 Ameno Drive East
Palm Springs, California 92262

Dear Dick,

The purpose of this letter is to confirm Commercial Electric's offer to engage you as a consultant for preparing the business plan and for assisting us in performing the due diligence for forming Solid State Solutions, LLC (SSS).

Commercial Electric agrees to pay you a consulting fee equal to $100,000 annually and to reimburse you for all approved, out of pocket expenses that you incur in performing this assignment. The consulting agreement will terminate upon the completion of the due diligence process, at which time we fully expect to launch SSS.

Upon the successful launch of SSS, we agree to negotiate the terms of full time employment with SSS.

If you have any questions, please give me a call. We are excited about the future of SSS and the team of professionals we are assembling to manage it.

Sincerely,

Bob Van Auken
Executive Vice President
Commercial Electric, LLC

1199 Murphy Drive · Maumelle, Arkansas 72113
Phone: 501-851-9900 · Toll Free: 888-860-8008 · Fax: 501-851-9917
www.commercial-electric.com



February 20, 2008

Mr. Richard J. Brenner
372 Ameno Drive East
Palm Springs, California 92262

Dear Dick:

The purpose of this letter is to confirm our mutual understanding of your consulting services to Commercial Electric. You were engaged in November 2007 as a full time consultant to perform in the capacity of Director of Operations for Commercial Electric's subsidiary, Solid State Solutions, LLC. Commercial Electric has agreed to pay you at the rate of $180,000 annually plus all approved out-of-pocket expenses, including $1,300 per month for health insurance premiums.

As we have previously discussed, we expect that this consulting assignment will transition into full time employment with Solid State Solutions.

In addition, we recognize that either under your current role as a consultant, or as a full time employee, that you will carry out such responsibilities while residing in Southern California.

Sincerely,

Bob Van Auken
President
Solid State Solutions, LLC
Executive Vice President
Commercial Electric

1199 Murphy Drive · Maumelle, Arkansas 72113
Phone: 501-851-9900 · Toll Free: 888-860-8008 · Fax: 501-851-9917
www.commercial-electric.com



*Advancing the Quality of Light*

Solid State Solutions

Richard Brenner
Vice President

372 Ameno Drive East | Palm Springs, CA 92262
Cell: 630.881.1535
rbrenner@solidstatesolutions.net

*Advancing the Quality of Light*

Solid State Solutions

Richard Brenner
Vice President

372 Ameno Drive East | Palm Springs, CA 92262
Cell: 630.881.1535
rbrenner@solidstatesolutions.net

*Advancing the Quality of Light*

Solid State Solutions

Richard Brenner
Consultant

372 Ameno Drive East | Palm Springs, CA 92262
Cell: 630.881.1535
rbrenner@solidstatesolutions.net

-----Original Message-----
From: Paul Christensen <pcstudio@mac.com>
To: Michael Bennett <mike@bdglr.com>
Cc: Bill Young <byoung@commercial-electric.com>; rjbrenner7@aol.com
Sent: Mon, 3 Dec 2007 7:10 am
Subject: B-Cards

Mike,

Please find attached to this e-mail a tif file with the layout. ( Paul Christensen)

Bill and I discussed adding a little color to this card, please give it your Bennett spin, perhaps Solid State Solutions in Navy Blue or using the Commercial Electric "Building Sunburst" logo, in the upper left?

Could you send me soft proofs?

Thanks,

The changes for the other three are as follows:

Bill Young

VP Director of Business Development

byoung@solidstatesolutions.net

501 920 9456 ácell

Richard Brenner

VP Director of Operations

rbrenner@solidstatesolutions.net

630 881-1535 ácell

Bob Van Auken

President

bvanauken@solidstatesolutions.net

501 529 1448 ácell

Paul Christensená

24 West Lane

South Salem NY 10590

pcstudio@mac.com

914-522-5306 m 914-533-5146 o/f

=

RB002480

-----Original Message-----
From: Michael Bennett <mike@bdglr.com>
To: Paul Christensen <pcstudio@mac.com>
Cc: Bill Young <byoung@commercial-electric.com>; rjbrenner7@aol.com
Sent: Mon, 3 Dec 2007 4:21 pm
Subject: Re: B-Cards

Hi Paul:

I have received your file and will send you some proofs on Tuesday. Thanks!

Mike

On Dec 3, 2007, at 9:10 AM, Paul Christensen wrote:

Mike,

Please find attached to this e-mail a tif file with the layout. ( Paul Christensen)

Bill and I discussed adding a little color to this card, please give it your Bennett spin, perhaps Solid State Solutions in Navy Blue or using the Commercial Electric "Building Sunburst" logo, in the upper left?

Could you send me soft proofs?

Thanks,

The changes for the other three are as follows:

Bill Young

VP Director of Business Development

byoung@solidstatesolutions.net

501 920 9456 cell

Richard Brenner

VP Director of Operations

rbrenner@solidstatesolutions.net

630 881-1535 cell

Bob Van Auken

President

bvanauken@solidstatesolutions.net

501 529 1448 cell

<Temp-Card-S3.tif>

P
aul Christensen

24 West Lane

South Salem NY 10590

pcstudio@mac.com

914-522-5306 m 914-533-5146 o/f

-----Original Message-----
From: Bob Van Auken <bob@commercial-electric.com>
To: rjbrenner7@aol.com
Cc: Bill Young <byoung@commercial-electric.com>
Sent: Fri, 18 Jan 2008 8:55 am
Subject: RE: C N - Business Cards

Dick:

A-OK with me re: title. As you know Paul is working with his NYC person to develop logo. We can, in the meantime, get him the same temp cards here in LR same as ours. If this is OK with you I'll handle.

Bob

---

From: rjbrenner7@aol.com [mailto:rjbrenner7@aol.com]
Sent: Friday, January 18, 2008 9:59 AM
To: Bob Van Auken; Bill Young
Subject: C N - Business Cards

Bob/Bill,

We need to arrange a supply of business cards for C N. In the course of my recent discussions with him, we agree that the most appropriate title for him is VP, Director of Asian Operations. If you agree, we can either have business cards prepared in Little Rock, or send appropriate electronic files to C N whereby he can have the cards prepared in Hong Kong.

Please advise.

Regards,
Dick

---

More new features than ever. Check out the new AOL Mail!

This email and any attached files are confidential and intended solely for the intended recipient(s). If you are not the20named recipient you should not read, distribute, copy or alter this email. Any views or opinions expressed in this email are those of the author and do not represent those of the company. Warning: Although precautions have been taken to make sure no viruses are present in this email, the company cannot accept responsibility for any loss or damage that arise from the use of this email or attachments.

This message contains confidential information and is intended only for the intended recipient(s). If you are not the named recipient you should not read, distribute or copy this e-mail. Please notify the sender immediately via e-mail if you have received this e-mail by mistake; then, delete this e-mail from your system.