Sett Conf - Mot.wpd

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., | ) |
| Plaintiffs, | ) |
| v. | ) No. 08 C 1797 |
| RICHARD BRENNER, PAUL CHRISTENSEN, and CHEE NGON WONG, | ) Hon. Nan R. Nolan |
| Defendants. | ) |
| ------------------------------------------------------------ | ) |
| RICHARD BRENNER, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| COMMERCIAL ELECTRIC, LLC, an Arkansas limited liability company; SOLID STATE SOLUTIONS, LLC, an Arkansas limited liability company; PHIL K. GAMACHE; BOB VAN AUKEN; and WILLIAM YOUNG, | ) |
| Third-Party Defendants. | ) |

**MOTION OF DEFENDANT/THIRD-PARTY PLAINTIFF RICHARD BRENNER
TO REQUIRE PARTICIPATION OF THIRD-PARTY DEFENDANTS
IN SCHEDULED SETTLEMENT CONFERENCE**

Defendant/Third-Party Plaintiff Richard Brenner respectfully moves this Court for an order requiring the third-party defendants to attend and participate in the settlement conference currently scheduled for August 21, 2008 before this Court.

On June 26, 2008, at the request of plaintiff and defendant Brenner, and apparently with the

concurrence of co-defendant Christensen's counsel, this Court set a settlement conference. A copy of the Minute Order is attached.

Since that setting, Mr. Brenner has been granted leave by Judge Gettleman to file a Third-Party Complaint against certain companies and persons deeply involved in the events underlying this case, to wit: Commercial Electric, LLC, Solid State Solutions, LLC, Phil K. Gamache, Bob Van Auken, and William Young, all of Little Rock, Arkansas.

Since after November, Mr. Brenner had been the Vice President, Director of Operations and Consultant to those two companies, but in early June with no warning he was terminated by one of the individual third-party defendants from those positions, leaving him unemployed and largely unable to defend himself in this action. It was those circumstances which led to the request for a settlement conference because Mr. Brenner is willing to concede all the injunctive relief sought by plaintiff, but is unable to satisfy any meaningful money judgment.

It is obvious that third-party defendants should be required to attend the settlement conference since all of Mr. Brenner's actions after he began to work for Commercial Electric, LLC and Solid State Solutions, LLC were undertaken solely in their interests and for their benefit, and were and are the principals in the events transpiring since late November 2007.

In a July 30 personal conference and in an email of the same date, Mr. Brenner's counsel has asked that R. Michael McCann, Local Counsel for third-party defendants, obtain agreement by their lead counsel from Little Rock to participate in this conference.[1] His email response was that he did

---

[1] On the grounds of conflict of interest and confidentiality, Mr. Brenner has objected to the appearance of Little Rock counsel because earlier in this case one of those counsel met with Mr. Brenner's and co-defendant Paul Christensen's counsel and learned confidential information, and at that time, at least impliedly represented Mr. Brenner in the course of her representation of the two company defendants. (Docket No. 75, 76, 77).

2

not have authority to do so in light of the third-party defendants' position that the Court does not have personal jurisdiction over them.[2]

Under these circumstances, Mr. Brenner believes that it is essential that all parties be required to participate in the August 21, 2008 settlement conference. This is without prejudice to third-party defendants taking whatever position they see fit to take on the matter of settlement. However, a settlement conference that does not include all parties will largely be a useless exercise.

WHEREFORE, defendant/third-party plaintiff Richard Brenner respectfully moves this Court for an order requiring the third-party defendants to attend and participate in the settlement conference currently scheduled for August 21, 2008 before this Court.

Respectfully submitted,

  s/ Constantine John Gekas
One of the attorneys for defendant/third-party plaintiff Richard Brenner

GEKAS & ASSOCIATES, LTD.
Suite 1700
Eleven South LaSalle Street
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (Fax)

Mark J. Rose
LAW OFFICES OF MARK J. ROSE, ESQ.
200 W. Adams St., Suite 2850
Chicago, Illinois 60606
(312) 704-1446
(312) 704-8233 (Fax)
MJRoseEsq@aol.com

---

[2] Third-party defendants have indeed made that argument in their recently filed Motion to Dismiss the Third-Party Complaint. (Docket No.67, filed July 29, 2008).

3

## CERTIFICATE OF SERVICE

I certify that on August 4, 2008, a copy of the foregoing and the document(s) referred to therein were served by email upon the following counsel of record:

| | |
|---|---|
| William G. Sullivan (Via ECF)<br>Mason N. Floyd<br>MARTIN, BROWN & SULLIVAN<br>321 S. Plymouth Court, 10th Floor<br>Chicago, IL 60604<br>sullivan@mbslaw.com<br>floyd@mbslaw.com<br><br>Counsel for plaintiff Polybrite International, Inc. | Sigi M. Offenbach (Via ECF)<br>PITLER & MANDELL<br>39 South LaSalle Street<br>Suite 1220<br>Chicago, IL 60603<br>(312) 782-9466<br>sigi@pitlerandmandell.com<br><br>Counsel for defendant Paul Christensen |
| R. Michael McCann (Via ECF)<br>Thomas Falkenburg<br>WILLIAMS, MONTGOMERY & JOHN<br>20 N. Wacker Dr., Suite 2100<br>Chicago, IL 60606<br>rmm@willmont.com<br>tff@willmont.com | Amy L. Stewart (Via Email)<br>Joi L. Leonard<br>THE ROSE LAW FIRM, P.A.<br>120 East Fourth Street<br>Little Rock, AR 72201<br>astewart@roselawfirm.com<br>Putative counsel for third-party defendants |

    s/ Constantine John Gekas