## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 C 1797 |
| RICHARD BRENNER, PAUL CHRISTENSEN, and CHEE NGON WONG, | ) ) ) ) | Hon. Na R. Nolan |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   William G. Sullivan, Mason N. Floyd, MARTIN, BROWN & SULLIVAN, 321 S. Plymouth Court, 10th Floor, Chicago, IL 60604; sullivan@mbslaw.com; floyd@mbslaw.com - Counsel for plaintiff Polybrite International, Inc. (Via ECF)

Sigi M. Offenbach, Philip L. Mandell, PITLER & MANDELL, 39 S. LaSalle Street, Suite 1220, Chicago, IL 60603; sigi@pitlerandmandell.com - Counsel for defendant Paul Christensen (Via ECF)

R. Michael McCann, Thomas Falkenburg, WILLIAMS, MONTGOMERY & JOHN, 20 N. Wacker Dr., Suite 2100, Chicago, IL 60606, rmm@willmont.com, tff@willmont.com - Local Counsel for third-party defendants (Via ECF)

Amy Stewart, Joi Leonard, THE ROSE LAW FIRM, P.A., 120 East Fourth Street, Little Rock, AR 72201 astewart@roselawfirm.com - Putative Counsel for third-party defendants (Via email)

PLEASE TAKE NOTICE that on Thursday, August 7, 2008, at 9:00 a.m., or as soon thereafter as I may be heard, I will appear before the Hon. Nan R. Nolan in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached MOTION OF DEFENDANT/THIRD-PARTY PLAINTIFF RICHARD BRENNER TO REQUIRE PARTICIPATION OF THIRD-PARTY DEFENDANTS IN SCHEDULED SETTLEMENT CONFERENCE, a copy of which is hereby served upon you.

Respectfully submitted,

   s/ Constantine John Gekas
One of the attorneys for defendant/third-party plaintiff Richard Brenner

| | |
|---|---|
| Mark J. Rose | Constantine John Gekas |
| LAW OFFICES OF MARK J. ROSE, ESQ. | GEKAS & ASSOCIATES, LTD. |
| 200 W. Adams St., Suite 2850 | Eleven South LaSalle Street, Suite 1700 |
| Chicago, Illinois 60606 | Chicago, Illinois 60603 |
| (312) 704-1446 | (312) 726-4501 |
| (312) 704-8233 (Fax) | (312) 726-4505 (Fax) |
| MJRoseEsq@aol.com | CJG@cjglaw.com |

## CERTIFICATE OF SERVICE

I certify that on August 4, 2008, a copy of the foregoing and the document(s) referred to therein were served by email upon the persons listed above by the means shown above.

                                                                           s/ Constantine John Gekas