UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Polybrite International, Inc.
                           Plaintiff,

v.                                             Case No.: 1:08−cv−01797
                                             Honorable Robert W. Gettleman

Richard Brenner, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held. Defendants' motion to compel [73] and to join [73] are entered and continued. Settlement conference set for 08/21/08 at 10:00 a.m. to stand. Counsel are advised that any/all Insurance Carriers are directed to be present at the settlement conference. Discovery is stayed pending the settlement conference. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.