# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1797 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Polybrite International     vs    Richard Brenner | | |

**DOCKET ENTRY TEXT:**

Third party defendants' motion [65] for leave to file brief in excess of 15 pages is granted.    Third party defendants' motion [67] to dismiss third party complaint is continued to 8/26/2008, at 9:00 a.m.   Motion [75] by defendant/third party plaintiff Brenner to disqualify is withdrawn without prejudice. Motion [69] to appear pro hac vice by Amy Stewart is granted.  Motion [70] to appear pro hac vice by Joi L. Leonard is granted. Third party defendants are ordered to attend settlement conference with Judge Nolan without prejudice to reserving all claims and defenses, specifically, personal jurisdiction.

[Docketing to mail  notice]

00:18