Withdrwl Mot - CJG.wpd

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., | ) |
| Plaintiffs, | ) |
| v. | ) No. 08 C 1797 |
| RICHARD BRENNER, *et al.*, | ) Hon. Robert W. Gettleman |
| Defendants. | ) |
| -------------------------------------------------------------- | ) |
| RICHARD BRENNER, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| COMMERCIAL ELECTRIC, LLC, *et al.*, | ) |
| Third-Party Defendants. | ) |

**MOTION OF CONSTANTINE JOHN GEKAS FOR LEAVE TO WITHDRAW**

Constantine John Gekas, one of the attorneys for Richard Brenner, defendant/third-party plaintiff, hereby moves for leave to withdraw from this case.

Having lost his job and being unemployed, Mr. Brenner is unable to afford Mr. Gekas's services. Attached is his consent to the withdrawal of Mr. Gekas from this case.

Respectfully submitted,

  s/ Constantine John Gekas
One of the attorneys for defendant/third-party
plaintiff Richard Brenner

GEKAS & ASSOCIATES, LTD.
Suite 1700
Eleven South LaSalle Street
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (Fax)

## CERTIFICATE OF SERVICE

I certify that on August 7, 2008, a copy of the foregoing and the document(s) referred to therein were served by email upon the following counsel of record:

| | |
|---|---|
| William G. Sullivan (Via ECF)<br>Mason N. Floyd<br>MARTIN, BROWN & SULLIVAN<br>321 S. Plymouth Court, 10th Floor<br>Chicago, IL 60604<br>sullivan@mbslaw.com<br>floyd@mbslaw.com<br><br>Counsel for plaintiff Polybrite International, Inc. | Sigi M. Offenbach  (Via ECF)<br>PITLER & MANDELL<br>39 South LaSalle Street<br>Suite 1220<br>Chicago, IL 60603<br>(312) 782-9466<br>sigi@pitlerandmandell.com<br><br>Counsel for defendant Paul Christensen |
| R. Michael McCann  (Via ECF)<br>Thomas Falkenburg<br>WILLIAMS, MONTGOMERY & JOHN<br>20 N. Wacker Dr., Suite 2100<br>Chicago, IL 60606<br>rmm@willmont.com<br>tff@willmont.com | Amy L. Stewart (Via ECF)<br>Joi L. Leonard<br>THE ROSE LAW FIRM, P.A.
120 East Fourth Street<br>Little Rock, AR 72201<br>astewart@roselawfirm.com<br>Putative counsel for third-party defendants |

           s/ Constantine John Gekas

Withdrwl - Consent.wpd

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., | ) |
| Plaintiffs, | ) |
| v. | ) No. 08 C 1797 |
| RICHARD BRENNER, et al., | ) Hon. Robert W. Gettleman |
| Defendants. | ) |
| RICHARD BRENNER, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| COMMERCIAL ELECTRIC, LLC, et al., | ) |
| Third-Party Defendants. | ) |

## CONSENT BY RICHARD BRENNER TO WITHDRAWAL OF CONSTANTINE JOHN GEKAS FROM THIS CASE

I have received a copy of the Motion of Constantine John Gekas to withdraw from this case, and I hereby consent to his withdrawal.

*[signature]*
Richard J. Brenner

Dated: Aug 7, 2008