UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Polybrite International, Inc.
                      Plaintiff,

v.                                     Case No.: 1:08−cv−01797
                                          Honorable Robert W. Gettleman

Richard Brenner, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2008:

    MINUTE entry before the Honorable Nan R. Nolan:Minute order dated 08/06/08 − docket entry #80 is amended to include the following: Third−Party Defendants Commercial Electric, LLC and Solid State Solutions, LLC are directed to produce any and all insurance policies and copies of their operating agreements and/or any other documents which may impose a duty to defend and/or indemnify Richard Brenner by virtue of his position as Vice President, Director of Operations and Consultant. As previously stated in open Court and out−lined in Judge Nolan's Standing Order Setting Settlement Conference, all parties are required to be present at the 08/21/08 settlement conference.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.