IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 C 1797 |
| RICHARD BRENNER, PAUL CHRISTENSEN, and CHEE NGON WONG, | ) ) ) ) | Hon. Nan R. Nolan |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   William G. Sullivan, Mason N. Floyd, MARTIN, BROWN & SULLIVAN, 321 S. Plymouth Court, 10th Floor, Chicago, IL 60604; sullivan@mbslaw.com; floyd@mbslaw.com - Counsel for plaintiff Polybrite International, Inc.

Sigi M. Offenbach, Philip L. Mandell, PITLER & MANDELL, 39 S. LaSalle Street, Suite 1220, Chicago, IL 60603; sigi@pitlerandmandell.com - Counsel for defendant Paul Christensen

R. Michael McCann, Thomas Falkenburg, WILLIAMS, MONTGOMERY & JOHN, 20 N. Wacker Dr., Suite 2100, Chicago, IL 60606, rmm@willmont.com, tff@willmont.com - Local Counsel for third-party defendants

Amy Stewart, Joi Leonard, THE ROSE LAW FIRM, P.A., 120 East Fourth Street, Little Rock, AR 72201 astewart@roselawfirm.com - Counsel for third-party defendants

   PLEASE TAKE NOTICE that on Wednesday, August 20, 2008, at 9:00 a.m., or as soon thereafter as I may be heard, I will appear before the Hon. Nan R. Nolan in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached MOTION OF DEFENDANT/THIRD-PARTY PLAINTIFF BRENNER FOR A PROTECTIVE ORDER BARRING THIRD-PARTY DEFENDANTS FROM SERVING PROCESS ON HIM WHILE HE IS IN CHICAGO FOR THE AUGUST 21 SETTLEMENT CONFERENCE, OR IN THE ALTERNATIVE, PERMITTING HIM TO PARTICIPATE IN THAT CONFERENCE BY TELEPHONE, a copy of which is hereby served upon you.

                                                      Respectfully submitted,

                                                      　s/ Mark J. Rose　　　　　　　　　
                                                      One of the attorneys for defendant/third-party
                                                      plaintiff Richard Brenner

| | |
|---|---|
| Mark J. Rose | Constantine John Gekas |
| LAW OFFICES OF MARK J. ROSE, ESQ. | GEKAS & ASSOCIATES, LTD. |
| 200 W. Adams St., Suite 2850 | Eleven South LaSalle Street, Suite 1700 |
| Chicago, Illinois 60606 | Chicago, Illinois 60603 |
| (312) 704-1446 | (312) 726-4501 |
| (312) 704-8233 (Fax) | (312) 726-4505 (Fax) |
| MJRoseEsq@aol.com | CJG@cjglaw.com |

### CERTIFICATE OF SERVICE

I certify that on August 15, 2008, a copy of the foregoing and the document(s) referred to therein were served by the Court's ECF email system upon the persons listed above.

    s/ Mark J. Rose