Summons - Prot Ord - Reply.wpd

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 08 C 1797 |
| | ) |
| RICHARD BRENNER, | ) Hon. Robert W. Gettleman |
| PAUL CHRISTENSEN, and | ) |
| CHEE NGON WONG, | ) |
| | ) |
| Defendants. | ) |
| ------------------------------------------------------------ | ) |
| | ) |
| RICHARD BRENNER, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMERCIAL ELECTRIC, LLC, an Arkansas | ) |
| limited liability company; | ) |
| SOLID STATE SOLUTIONS, LLC, an Arkansas | ) |
| limited liability company; | ) |
| PHIL K. GAMACHE; BOB VAN AUKEN; and | ) |
| WILLIAM YOUNG, | ) |
| | ) |
| Third-Party Defendants. | ) |

**REPLY BY DEFENDANT/THIRD-PARTY PLAINTIFF RICHARD BRENNER
TO THIRD-PARTY DEFENDANTS' OPPOSITION
TO
MOTION OF DEFENDANT/THIRD-PARTY PLAINTIFF BRENNER
FOR A PROTECTIVE ORDER BARRING THIRD-PARTY DEFENDANTS
FROM SERVING PROCESS ON HIM WHILE HE IS IN CHICAGO
FOR THE AUGUST 21 SETTLEMENT CONFERENCE,
OR IN THE ALTERNATIVE,
PERMITTING HIM TO PARTICIPATE IN THAT CONFERENCE BY TELEPHONE**

Defendant/third-party plaintiff Richard Brenner respectfully files this Reply on his Motion

for a Protective Order Barring third-party defendants from serving him with summons in the Arkansas case.

    Mr. Brenner files this brief Reply to respond to the attacks upon counsel and Mr. Brenner.

    Attached hereto as Exhibit 1 is a copy of an exchange of emails in mid-July between third-party defendants' Little Rock attorney, Amy Stewart, and one of Mr. Brenner's counsel herein.

    Ms. Stewart asked whether Mr. Brenner's counsel would accept service of the Arkansas summons on his behalf, and Mr. Brenner's counsel answered that they would recommend Mr. Brenner do so if the Arkansas case was either transferred or refiled in this Court where the main case is pending.

    Mr. Brenner's counsel has not received the courtesy of an additional response from third-party defendants' counsel on this matter.

                             Respectfully submitted,

                                  s/ Mark J. Rose
                             One of the attorneys for defendant/third-party plaintiff Richard Brenner

Mark J. Rose
LAW OFFICES OF MARK J. ROSE, ESQ.
200 W. Adams St., Suite 2850
Chicago, Illinois 60606
(312) 704-1446
(312) 704-8233 (Fax)
MJRoseEsq@aol.com

GEKAS & ASSOCIATES, LTD.
Suite 1700
Eleven South LaSalle Street
Chicago, Illinois 60603
(312) 726-4501
(312) 726-4505 (Fax)

## CERTIFICATE OF SERVICE

I certify that on August 19, 2008, a copy of the foregoing and the document(s) referred to therein were served by email upon the following counsel of record:

William G. Sullivan (Via ECF)
Mason N. Floyd
MARTIN, BROWN & SULLIVAN
321 S. Plymouth Court, 10th Floor
Chicago, IL 60604
sullivan@mbslaw.com
floyd@mbslaw.com

Counsel for plaintiff Polybrite International, Inc.

Sigi M. Offenbach (Via ECF)
PITLER & MANDELL
39 South LaSalle Street
Suite 1220
Chicago, IL 60603
(312) 782-9466
sigi@pitlerandmandell.com

Counsel for defendant Paul Christensen

R. Michael McCann (Via ECF)
Thomas Falkenburg
WILLIAMS, MONTGOMERY & JOHN
20 N. Wacker Dr., Suite 2100
Chicago, IL 60606
rmm@willmont.com
tff@willmont.com

Amy L. Stewart (Via ECF)
Joi L. Leonard
THE ROSE LAW FIRM, P.A.
120 East Fourth Street
Little Rock, AR 72201
astewart@roselawfirm.com
Putative counsel for third-party defendants

   s/ Mark J. Rose

**EXHIBIT 1**

# Chris Gekas

| | |
|---|---|
| **From:** | Chris Gekas [cjg@cjglaw.com] |
| **Sent:** | Friday, July 18, 2008 4:21 PM |
| **To:** | 'Amy Lee Stewart' |
| **Cc:** | 'MJRoseEsq@aol.com' |
| **Subject:** | RE: Service |

Dear Ms. Stewart:

     In response to your request of last week, we will recommend to Mr. Brenner that he authorize us to accept service of the Complaint and Summons in the Arkansas State Court case you filed against him on June 20, 2008, but only if your clients agree to remove the case to the United States District Court for the Eastern District of Arkansas, Western Division in Little Rock, and further agree to its transfer to the United States District Court for the Northern District of Illinois, Eastern Division, Chicago.

     In the alternative, if you will agree to dismiss that Arkansas State Court case without prejudice and if you choose to refile it here in Chicago in the United States District Court for the Northern District of Illinois, Eastern Division, we will recommend that Mr. Brenner authorize us to accept service of the complaint and summons in that case.

Chris Gekas
GEKAS & ASSOCIATES, LTD.
Suite 1700
Eleven South LaSalle Street
Chicago, IL 60603
312-726-4501
312-726-4505 (fax)
CJG@cjglaw.com
www.cjglaw.com

-----------------------------------
This e-mail is intended only for the person to whom it is addressed and may contain information that is confidential and privileged or otherwise protected from disclosure under the attorney-client and attorney work product privileges, among others. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this communication is prohibited. Please notify us of the error by telephone (312-726-4501) or by return e-mail and destroy all copies of this communication.

---

| | |
|---|---|
| **From:** | Chris Gekas [mailto:cjg@cjglaw.com] |
| **Sent:** | Thursday, July 10, 2008 1:50 PM |
| **To:** | 'Amy Lee Stewart' |
| **Cc:** | 'MJRoseEsq@aol.com' |
| **Subject:** | RE: Service |

Ms. Stewart: Thank you for your note. Let me consult with my co-counsel and Mr. Brenner and get back to you.

Chris Gekas
GEKAS & ASSOCIATES, LTD.
Suite 1700
Eleven South LaSalle Street
Chicago, IL 60603
312-726-4501
312-726-4505 (fax)
CJG@cjglaw.com
www.cjglaw.com

-----------------------------------
This e-mail is intended only for the person to whom it is addressed and may contain information that is confidential and privileged or otherwise protected from disclosure under the attorney-client and attorney work product privileges, among others. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this communication is prohibited. Please notify us of

the error by telephone (312-726-4501) or by return e-mail and destroy all copies of this communication.

_____
**From:** Amy Lee Stewart [mailto:ASTEWART@RoseLawFirm.com]
**Sent:** Wednesday, July 09, 2008 2:44 PM
**To:** CJG@cjglaw.com
**Subject:** Service


Chris, we have been unable to obtain service on Dick Brenner at his house at 372 Ameno Drive East, Palm Springs, CA. Will you please either give me his location for service, or agree to accept service of the Arkansas complaint on his behalf?

Thank you,
Amy

**Amy Lee Stewart**
Rose Law Firm
a Professional Association
120 East Fourth Street
Little Rock, AR  72201-2808

501/377-0334 (direct)
501/375-1309 (fax)

<mailto:astewart@roselawfirm.com>
<http://www.roselawfirm.com/>

---

**CONFIDENTIALITY NOTICE:**

This message may constitute a confidential attorney-client communication.  It is intended exclusively for the individual or entity to which it is addressed.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

**IRS CIRCULAR 230 DISCLOSURE:**

This notice is meant to comply with I.R.S. requirements.  Any federal tax advice in this communication (including any attachments) is not intended or written to be used, and cannot be used, to avoid penalties that may be imposed on the taxpayer under the Internal Revenue Code or to promote, market or recommend to another party any tax-related matter.

---