**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Polybrite International, Inc.
                          Plaintiff,

v.                                         Case No.: 1:08−cv−01797
                                                        Honorable Robert W. Gettleman

Richard Brenner, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held on 8/20/2008 regarding Defendant's Motion FOR A PROTECTIVE ORDER BARRING THIRD−PARTY DEFENDANTS FROM SERVING PROCESS ON HIM WHILE HE IS IN CHICAGO FOR THE AUGUST 21 SETTLEMENT CONFERENCE, OR IN THE ALTERNATIVE, PERMITTING[86]. For the reasons stated in open court, Defendant's Motion [86] is withdrawn. Settlement conference set for 08/21/08 at 10:00 a.m. to stand. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.