Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1797 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Polybrite International, Inc. Vs. Brenner et al | | |

**DOCKET ENTRY TEXT**

Enter Order

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

08C1797 Polybrite International, Inc. Vs. Brenner et al

Page 1 of 1