

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POLYBRITE INTERNATIONAL, INC., an Illinois Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD BRENNER, an individual, )<br>PAUL CHRISTENSEN, an individual, and )<br>CHEE NGON WONG, an individual, )<br>)<br>Defendants. ) | No. 08 C 1797<br><br>Hon. Robert W. Gettleman,<br>Judge Presiding<br><br>Hon. Nan R. Nolan,<br>Magistrate Judge |

**ORDER**

THIS CAUSE HAVING COME TO BE HEARD on Motion of Defendant/Third-Party Plaintiff Brenner for a Protective Order Barring Third-Party Defendants from Serving Process on Him While He is in Chicago for the August 21, 2008 Settlement Conference or in the Alternative Permitting Him to Participate in that Conference by Telephone,

IT IS HEREBY ORDERED AS FOLLOWS:

Motion of Defendant/Third-Party Plaintiff Brenner for a Protective Order Barring Third-Party Defendants from Serving Process on Him While He is in Chicago for the August 21, 2008 Settlement Conference or in the Alternative Permitting Him to Participate in that Conference by Telephone is withdrawn.

IT IS FURTHER ORDERED AS FOLLOWS:

That copies of the insurance agreements and operating agreements produced by the third-party defendants are to be shared, for settlement purposes only, among all counsel of record and their clients.

ENTER:

_____
Nan R. Nolan
United States Magistrate Judge

DATED: 8/21/08