## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Polybrite International, Inc.
                          Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01797
　　　　　　　　　　　　　　　　　Honorable Robert W. Gettleman

Richard Brenner, et al.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Settlement conference held on 8/21/2008. Parties advised further information is needed to work out details of settlement.Status hearing set for 9/17/2008 at 09:30 AM.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.