# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1797 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Polybrite International　vs　Richard Brenner, et al | | |

**DOCKET ENTRY TEXT:**

Status hearing held and continued to 9/9/2008, at 9:00 a.m.
Plaintiff's motion [63] for default against defendant Chee Ngon Wong is granted.
The third party complaint is dismissed without prejudice.
Motion [67] to dismiss the third party complaint is withdrawn.
Motion [82] of Mr. Gekas to withdraw as attorney for third party plaintiff is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:08